ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINT COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS PROPOUNDED TO PLAINTIFF

**NOW INTO COURT**, comes plaintiff, **ZACHARY COUVILLION**, answering

interrogatories, request for production of documents and request for admissions propounded by

defendant, **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**, as follows:


**ANSWER TJO REQUEST FOR ADMISSION NO. 1:**

Please admit or deny that plaintiffs damages exceed $75,000.00

**ANSWER TO REQUEST FOR ADMISSION NO. 1:**

Admit.


Respectfully Submitted:

**BRIAN CAUBARREAUX AND ASSOCIATES**

By: _____

**BRIAN M. CAUBARREAUX, #21522
EMILY GREMILLION, #31177
WESLEY ELMER, # 23724**
144 Tunica Drive West
Post Office Box 129
Marksville, Louisiana 71351
Telephone: (318) 253-0900
**ATTORNEYS FOR PLAINTIFF,
ZACHARY COUVILLION**


# CERTIFICATE

I certify that on this _____ day of June,2019, copies of the foregoing Interrogatories were

served on all counsel of record in this action, by depositing same in the United States mails, postage

prepaid and properly addressed.

_____
BRIAN M. CAUBARREAUX

# LAFAYETTE BONE AND JOINT CLINIC

*A PROFESSIONAL MEDICAL CORPORATION*
*1103 KALISTE SALOOM ROAD, SUITE 100 & 102*
*LAFAYETTE, LA  70508*

*PHONE: (337) 234-5234*                                                                                       *FAX: (337) 235-2121*

### ORTHOPAEDIC SURGERY
*JOHN E. COBB, M.D. (1945 - 2011)*

*LOUIS C. BLANDA, JR., M.D.*                                                                            *DAVID S. MULDOWNY, M.D.*
*JOHN B. SLEDGE, III, M.D.*                                                                              *MALCOLM J. STUBBS, M.D.*

### PHYSICAL MEDICINE AND REHABILITATION
*DANIEL L. HODGES, M.D.*

## CERTIFICATION

I, Terri Latiolais,     Custodian  of  Records,     do  hereby    swear  that   the    attached records are

true,  correct,  and  complete  copies  of  the  records  per  your  request  and/or    authorization   of

_Zachary Couvillion_     and  that  the  records  were  prepared  and  maintained

by  the  physician and personnel acting under the control of the physician during the ordinary course  of

business of **Louis C. Blanda, Jr., M.D.**  as the dates  shown on the reports.


Terri Latiolais                                    Date

Custodian  of  Records

H
I
P
A
A

Ac DF 65-6
10-10-12

Allergies: Morphine

Neck Back          Blan2          Key Liab: 11-27-18
                   206272.2

 COUVILLON, ZACHARY F 10/06/89        

COUVILLON, ZACHARY F 10/06/89

TAB

DEC 0 6 2018

JAN 1 7 2019

FEB 2 8 2019

APR 1 1 2019

MAY 0 9 2019

DR L BLANDA JR, DR D HODGES, DR D MULDOWNY,  DR
M STUBBS OR DR J SLEDGE III
1103 KALISTE SALOOM RD #100 & 102
LAFAYETTE LA 70508

**FORWARDING SERVICE REQUESTED**

To pay by credit card, check the box for the appropriate card and
complete the card information below.

☐ MasterCard
☐ Visa

| | |
|---|---|
| Card Number _____ | Amount: $ ___ |
| Signature _____ | Exp. Date ___/___ |
| Card Security Code _____ | MM   YY |
| 3 or 4 digit code | |

ZACHARY  P75942  COUVILLION


LOUIS C BLANDA JR MD APMC — ▇▇▇▇▇▇▇
Tax ID: 720938812

Patient :        Zachary F Couvillon

☐ Please check if address or insurance information is incorrect. Please send updated information on the back of this form.

Date:  06/19/2019      RP ID #:    P75942      Amount enclosed $ ___

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## CUSTOM STATEMENT SUMMARY

**Account #:  75942-B2-BCBS LIAB**      **Please Pay :   $0.00**      **Statement Date:  06/19/2019**      **Due Date:  07/09/2019**

BLAN2  BCBS LIAB 11/27/18

Accounts not paid in 90 days are subject to interest at the rate of 1.5% per month (18% annually)

| | |
|---|---|
| Total Balance | ($338.00) |
| Insurance Balance | ($338.00) |
| Patient Balance | $0.00 |

| Service Date | Posting Date | Description | Amount |
|---|---|---|---|
| | | Patient: Couvillon, Zachary F | |
| | | Superbill ID: B153523 / Dx: M50.20, M51.16    Billed to BLUE CROSS BLUE SHIELD OF LA  2222 on 05/22/2019 | |
| 5/9/2019 | 5/9/2019 | 99214 EXTENDED SERVICES - EST | $204.60 |
| 5/9/2019 | 5/9/2019 | Patient Payment Ref #001675 Couvillion, Zachary P75942 | ($30.00) |
| | | Note: Applied to Copay | |
| 5/9/2019 | 6/5/2019 | Insurance Payment Ref #8370774 BLUE CROSS  2222 | ($75.74) |
| 5/9/2019 | 6/5/2019 | Contractual Insurance Adj Ref #8370774 BLUE CROSS  2222 | ($98.86) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |
| | | Patient: Couvillon, Zachary F | |
| | | Superbill ID: B150191 / Dx: M50.20, M51.16    Billed to BLUE CROSS BLUE SHIELD OF LA  2222 on 05/16/2019 | |
| 4/11/2019 | 4/11/2019 | 99214 EXTENDED SERVICES - EST | $204.60 |
| 4/11/2019 | 4/11/2019 | Patient Payment Ref #400439 Couvillion, Zachary P75942 | ($30.00) |
| | | Note: Applied to Copay | |
| 4/11/2019 | 5/29/2019 | Insurance Payment Ref #8369447 BLUE CROSS  2222 | ($75.74) |
| 4/11/2019 | 5/29/2019 | Contractual Insurance Adj Ref #8369447 BLUE CROSS  2222 | ($98.86) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |
| | | Patient: Couvillon, Zachary F | |
| | | Superbill ID: B153359 / Dx: | |
| 4/10/2019 | 5/10/2019 | 99081 COPIES OF RECORDS/MED REPORTS | $84.55 |
| 4/10/2019 | 5/10/2019 | Attorney Ref #13152  BRIAN CAUBARREAUX Caubarreaux, Brian M  5112 | ($84.55) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |

Patient: Couvillon, Zachary F

**Superbill ID: B145778 / Dx: M50.20, M51.16      Billed to BLUE CROSS BLUE SHIELD OF LA  2222 on 03/04/2019**

| | | | |
|---|---|---|---|
| 2/28/2019 | 2/28/2019 | 99213 INTERMEDIATE SERVICES - EST | $101.20 |
| | | Note: Applied to Copay | |
| 2/28/2019 | 3/1/2019 | Insurance Payment Ref #CONVEYANCE FM B136289 TO B145778 Caubarreaux, Brian M  2222 | ($20.00) |
| 2/28/2019 | 3/1/2019 | Patient Payment Ref #CONVEYANCE FM B136289 TO B145778 Couvillion, Zachary P75942 | ($10.00) |
| 2/28/2019 | 3/13/2019 | Insurance Payment Ref #8308575 BLUE CROSS  2222 | ($41.71) |
| 2/28/2019 | 3/13/2019 | Contractual Insurance Adj Ref #8308575 BLUE CROSS  2222 | ($29.49) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |

Patient: Couvillon, Zachary F

**Superbill ID: B140755 / Dx: M50.20, M51.16      Billed to BLUE CROSS BLUE SHIELD OF LA  2222 on 02/05/2019**

| | | | |
|---|---|---|---|
| 1/17/2019 | 1/17/2019 | 99214 EXTENDED SERVICES - EST | $204.60 |
| 1/17/2019 | 1/17/2019 | Patient Payment Ref #48043 Couvillion, Zachary P75942 | ($30.00) |
| | | Note: Applied to Copay | |
| 1/17/2019 | 2/20/2019 | Insurance Payment Ref #8294065 BLUE CROSS  2222 | ($75.74) |
| 1/17/2019 | 2/20/2019 | Contractual Insurance Adj Ref #8294065 BLUE CROSS  2222 | ($98.86) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |

Patient: Couvillon, Zachary F

**Superbill ID: B136289 / Dx: M50.20, M51.16      Billed to BLUE CROSS BLUE SHIELD OF LA  2222 on 01/04/2019**

| | | | |
|---|---|---|---|
| 12/6/2018 | 12/6/2018 | 99205 COMPREHENSIVE SERVICS - NEW | $660.00 |
| 12/6/2018 | 12/6/2018 | Patient Payment Ref #204250 Couvillion, Zachary P75942 | ($40.00) |
| | | Note: Applied to Copay | |
| 12/6/2018 | 12/21/2018 | Insurance Payment Ref #11961 B Caubarreaux and Assoc Caubarreaux, Brian M  2222 | ($358.00) |
| 12/6/2018 | 1/16/2019 | Insurance Payment Ref #8270120 BLUE CROSS  2222 | ($175.75) |
| 12/6/2018 | 1/16/2019 | Contractual Insurance Adj Ref #8270120 BLUE CROSS  2222 | ($454.25) |
| 12/6/2018 | 3/1/2019 | Insurance Payment Ref #CONVEYANCE FM B136289 TO B145778 Caubarreaux, Brian M  2222 | $20.00 |
| 12/6/2018 | 3/1/2019 | Patient Payment Ref #CONVEYANCE FM B136289 TO B145778 Couvillion, Zachary P75942 | $10.00 |
| | | **Your Portion: $0.00**      Insurance Pending: $-338.00 | ($338.00) |

Patient: Couvillon, Zachary F

**Superbill ID: B136289A / Dx: M50.20, M51.16**

| | | | |
|---|---|---|---|
| 12/6/2018 | 12/6/2018 | 99080 NARRATIVE | $358.00 |
| 12/6/2018 | 12/17/2018 | Insurance Payment Ref #11882 B Caubarreaux and Assoc Caubarreaux, Brian M  2222 | ($358.00) |
| | | **Your Portion: $0.00**      Insurance Pending: $0.00 | $0.00 |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102    LAFAYETTE, LA  70508
PHONE 337-234-5234      ----    FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812          Dr. D. Muldowny 72-1331195
Dr. J. Sledge 45-4001115               Dr. M. Stubbs 26-1193164
Dr. D. Hodges 72-1100184               Dr. J. Cobb 72-0950876

                        PT-2030      PAGE:   1


ZACHARY COUVILLON                      BILLING DATE: 06/19/19
~~██████████████~~                     AMOUNT DUE :      0.00
~~██████████████~~


   BILL TO:  COUVILLON     ZACHARY     CHART #: 206272.2


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
|  |  |  | Z COUVILLON |  |  |  |
|  |  |  | LOUIS C BLANDA JR MD |  |  |  |
| 08/30/12 | CXH |  | CANCELLED DUE TO HURRICANE | 0.00 |  | 0.00 |
|  |  |  | Z COUVILLON |  |  |  |
|  |  |  | LOUIS C BLANDA JR MD |  |  |  |
| 09/07/12 |  | 99205 | OFFICE/OUTPATIENT VISIT, NEW, H | 396.00 |  | 396.00 |
|  |  | DX: | 723.1 |  |  |  |
| 09/07/12 |  | 99080 | SPECIAL REPORTS/INSURANCE FORMS | 325.00 |  | 721.00 |
|  |  | DX: | 723.1 |  |  |  |
| 09/07/12 |  | 72040 | X-RAY EXAM OF NECK SPINE | 89.00 |  | 810.00 |
|  |  | DX: | 723.1 |  |  |  |
| 09/07/12 |  | 72100 | X-RAY EXAM OF LOWER SPINE | 95.00 |  | 905.00 |
|  |  | DX: | 724.5 |  |  |  |
| 09/13/12 |  |  | BLUE CROSS BLUE SHIELD # 6191031 Filed |  |  |  |
| 09/07/12 |  |  | #23254 BRIAN CAUBARREAUX |  | 1,125.00- | 220.00- |
| 09/19/12 |  |  | *PAYMENT BLUE CROSS BLUE c# 6191031 |  | 266.76- | 486.76- |
| 09/19/12 |  |  | * Co-pay     25.00 |  |  |  |
| 09/19/12 |  |  | *WRITE-OFF BLUE CROSS BLUE c# 6191031 |  | 288.24- | 775.00- |
|  |  |  | Z COUVILLON |  |  |  |
|  |  |  | LOUIS C BLANDA JR MD |  |  |  |
| 10/04/12 |  | 99213 | OFFICE/OUTPATIENT VISIT, EST, M | 0.00 |  | 775.00- |
|  |  | DX: | 723.1 |  |  |  |
| 10/04/12 | ADX |  | ADDITIONAL DIAGNOSIS | 0.00 |  | 775.00- |
|  |  | DX: | 722.0 |  |  |  |
|  |  |  | Z COUVILLON |  |  |  |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102   LAFAYETTE, LA  70508
PHONE 337-234-5234   ----   FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812              Dr. D. Muldowny 72-1331195
Dr. J. Sledge 45-4001115                   Dr. M. Stubbs 26-1193164
Dr. D. Hodges 72-1100184                   Dr. J. Cobb 72-0950876


PT-2030        PAGE:   2


ZACHARY COUVILLON                    BILLING DATE: 06/19/19

~~████ ███████ ████ ███~~E           AMOUNT DUE :      0.00
~~█ ██ █████~~


BILL TO:  COUVILLON      ZACHARY     CHART #: 206272.2


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
|          |       |       | LOUIS C BLANDA JR MD |          |  |          |
| 10/25/12 | 99024 |       | POSTOP FOLLOWUP VISIT | 0.00 |  | 775.00- |
|          |       | DX:   | 723.1 |          |  |          |
| 10/25/12 | 72040 |       | X-RAY EXAM OF NECK SPINE | 89.00 |  | 686.00- |
|          |       | DX:   | 723.1 |          |  |          |
| 11/06/12 |       |       | BLUE CROSS BLUE SHIELD # 6242741 Filed |  |  |  |
|          |       |       | Z COUVILLON |          |  |          |
|          |       |       | LOUIS C BLANDA JR MD |          |  |          |
| 10/10/12 | 22551 |       | ARTHRODESIS, ANTERIOR INTERBODY | 7,891.50 |  | 7205.50 |
|          |       | DX:   | 722.0 |          |  |          |
| 10/10/12 | 22845 |       | INSERT SPINE FIX DEV, ANT, 2-3 | 6,834.00 |  | 14039.50 |
|          |       | DX:   | 722.0 |          |  |          |
| 10/10/12 | 20930 |       | ALLOGRAFT, SPINE SURG, MORSELIZ | 660.00 |  | 14699.50 |
|          |       | DX:   | 722.0 |          |  |          |
| 10/10/12 | 20931 |       | ALLOGRAFT, SPINE SURG, STRUCTUR | 660.00 |  | 15359.50 |
|          |       | DX:   | 722.0 |          |  |          |
| 11/06/12 |       |       | BLUE CROSS BLUE SHIELD # 6271761 Filed |  |  |  |
|          |       |       | Z COUVILLON |          |  |          |
|          |       |       | LOUIS C BLANDA MD JR |          |  |          |
| 10/10/12 | 22551 |       | ARTHRODESIS, ANTERIOR INTERBODY | 1,578.30 |  | 16937.80 |
|          |       | DX:   | 722.0 |          |  |          |
| 10/10/12 | 22845 |       | INSERT SPINE FIX DEV, ANT, 2-3 | 1,366.80 |  | 18304.60 |
|          |       | DX:   | 722.0 |          |  |          |
| 10/10/12 | 20930 |       | ALLOGRAFT, SPINE SURG, MORSELIZ | 132.00 |  | 18436.60 |
|          |       | DX:   | 722.0 |          |  |          |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102   LAFAYETTE, LA  70508
PHONE 337-234-5234     ----     FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812          Dr. D. Muldowny 72-1331195
Dr. J. Sledge 45-4001115              Dr. M. Stubbs 26-1193164
Dr. D. Hodges 72-1100184              Dr. J. Cobb 72-0950876


                              PT-2030       PAGE:   3


ZACHARY COUVILLON                    BILLING DATE: 06/19/19

~~230 PERSIMMONS LANE~~               AMOUNT DUE :      0.00
~~MARKSVILLE LA 71351~~


BILL TO:  COUVILLON     ZACHARY      CHART #: 206272.2


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 10/10/12 | 20931 | | ALLOGRAFT, SPINE SURG, STRUCTUR | 132.00 | | 18568.60 |
| | | DX: | 722.0 | | | |
| 11/06/12 | | | BLUE CROSS BLUE SHIELD # 6271771 Filed | | | |
| 10/25/12 | | | # 2178    PATIENT CHECK | | 25.00- | 18543.60 |
| 11/14/12 | | | *PAYMENT BLUE CROSS BLUE c# 6271761 | | 4,117.62- | 14425.98 |
| 11/14/12 | | | *WRITE-OFF BLUE CROSS BLUE c# 6271761 | | 11,927.88- | 2498.10 |
| 11/14/12 | | | *PAYMENT BLUE CROSS BLUE c# 6271771 | | 638.81- | 1859.29 |
| 11/14/12 | | | *WRITE-OFF BLUE CROSS BLUE c# 6271771 | | 2,306.29- | 447.00- |
| 11/14/12 | | | *PAYMENT BLUE CROSS BLUE c# 6242741 | | 44.60- | 491.60- |
| 11/14/12 | | | *WRITE-OFF BLUE CROSS BLUE c# 6242741 | | 44.40- | 536.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 11/29/12 | 99213 | | OFFICE/OUTPATIENT VISIT, EST, M | 92.00 | | 444.00- |
| | | DX: | 723.1 | | | |
| 11/29/12 | 72040 | | X-RAY EXAM OF NECK SPINE | 89.00 | | 355.00- |
| | | DX: | 723.1 | | | |
| 12/07/12 | | | BLUE CROSS BLUE SHIELD # 6273741 Filed | | | |
| 11/29/12 | | | PT VISA | | 25.00- | 380.00- |
| 12/12/12 | | | *PAYMENT BLUE CROSS BLUE c# 6273741 | | 88.04- | 468.04- |
| 12/12/12 | | | * Co-pay    25.00 | | | |
| 12/12/12 | | | *WRITE-OFF BLUE CROSS BLUE c# 6273741 | | 67.96- | 536.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 01/10/13 | NS | | NOSHOW | 0.00 | | 536.00- |
| | | DX: | 723.1 | | | |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102   LAFAYETTE, LA  70508
PHONE 337-234-5234    ----    FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812          Dr. D. Muldowny 72-1331195
   Dr. J. Sledge 45-4001115            Dr. M. Stubbs 26-1193164
   Dr. D. Hodges 72-1100184            Dr. J. Cobb 72-0950876


                    PT-2030       PAGE:   4


ZACHARY COUVILLON                    BILLING DATE: 06/19/19

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                AMOUNT DUE :      0.00
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓


BILL TO:  COUVILLON     ZACHARY     CHART #: 206272.2


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 01/28/13 | | | WRITE-OFF BLUE CRO c# 6271771 | | 264.00- | 800.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 02/05/13 | 99081 | | MEDICAL REPORT COPIES | 141.24 | | 658.76- |
| | DX: | | 723.1 | | | |
| 02/13/13 | | | # 43398 DAIGLE RAYBURN*THANK YOU | | 141.24- | 800.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 02/21/13 | 99213 | | OFFICE/OUTPATIENT VISIT, EST, M | 92.00 | | 708.00- |
| | DX: | | 722.10 | | | |
| 02/21/13 | 72040 | | X-RAY EXAM OF NECK SPINE | 89.00 | | 619.00- |
| | DX: | | 722.0 | | | |
| 02/27/13 | | | BLUE CROSS BLUE SHIELD # 6370751 Filed | | | |
| 02/21/13 | | | #   2248   PATIENT CHECK | | 25.00- | 644.00- |
| 03/06/13 | | | *PAYMENT BLUE CROSS BLUE c# 6370751 | | 88.04- | 732.04- |
| 03/06/13 | | | * Co-pay    25.00 | | | |
| 03/06/13 | | | *WRITE-OFF BLUE CROSS BLUE c# 6370751 | | 67.96- | 800.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 05/29/13 | 99075 | | DEPO-MED TESTIMONY | 1,300.00 | | 500.00 |
| | DX: | | 722.10 | | | |
| 03/25/13 | | | # 1009484073 AMERICA FIRST INS*THANK YO | | 1,300.00- | 800.00- |
| | | | Z COUVILLON | | | |
| | | | LOUIS C BLANDA JR MD | | | |
| 04/25/13 | 99213 | | OFFICE/OUTPATIENT VISIT, EST, M | 92.00 | | 708.00- |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102    LAFAYETTE, LA  70508
PHONE 337-234-5234      ----      FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812            Dr. D. Muldowny 72-1331195
Dr. J. Sledge 45-4001115                 Dr. M. Stubbs 26-1193164
Dr. D. Hodges 72-1100184                 Dr. J. Cobb 72-0950876


PT-2030        PAGE:   5


ZACHARY COUVILLON                    BILLING DATE: 06/19/19

~~XXX LAFAYETTE BONE XXX~~           AMOUNT DUE :      0.00
~~XXXXXXX LA XXXXX~~


BILL TO:  COUVILLON      ZACHARY      CHART #: 206272.2


| DATE | POS  PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----------|-------------|---------|---------|---------|
|      | DX: | 722.0 | | | |
| 04/25/13 | 72040 | X-RAY EXAM OF NECK SPINE | 89.00 | | 619.00- |
|      | DX: | 722.0 | | | |
| 04/25/13 | ADX | ADDITIONAL DIAGNOSIS | 0.00 | | 619.00- |
|      | DX: | 722.10 | | | |
| 05/01/13 | | BLUE CROSS BLUE SHIELD # 6502161 Filed | | | |
| 04/25/13 | | VISA PT | | 25.00- | 644.00- |
| 05/08/13 | | PAYMENT BLUE CROSS BLUE Sc# 6502161 | | 88.04- | 732.04- |
| 05/08/13 | | WRITE-OFF BLUE CRO c# 6502161 | | 67.96- | 800.00- |
| 05/08/13 | | Co-pay     25.00 | | | |
|      | | Z COUVILLON | | | |
|      | | LOUIS C BLANDA JR MD | | | |
| 05/28/13 | 99213 | OFFICE/OUTPATIENT VISIT, EST, M | 92.00 | | 708.00- |
|      | DX: | 722.0 | | | |
| 05/28/13 | 72040 | X-RAY EXAM OF NECK SPINE | 89.00 | | 619.00- |
|      | DX: | 722.0 | | | |
| 05/28/13 | ADX | ADDITIONAL DIAGNOSIS | 0.00 | | 619.00- |
|      | DX: | 722.10 | | | |
| 06/03/13 | | BLUE CROSS BLUE SHIELD # 6510741 Filed | | | |
| 05/28/13 | | VISA PT | | 25.00- | 644.00- |
| 06/12/13 | | *PAYMENT BLUE CROSS BLUE c# 6510741 | | 88.04- | 732.04- |
| 06/12/13 | | * Co-pay     25.00 | | | |
| 06/12/13 | | *WRITE-OFF BLUE CROSS BLUE c# 6510741 | | 67.96- | 800.00- |
| 07/22/13 | | # 25455 B CAUBARREAUX&ASSOC*THANK YO | | 1,300.00- | 2100.00- |
|      | | Z COUVILLON | | | |

LAFAYETTE BONE & JOINT CLINIC
1103 KALISTE SALOOM RD, SUITE 100-102   LAFAYETTE, LA  70508
PHONE 337-234-5234   ----   FAX 337-235-2121

Dr. L. Blanda, Jr. 72-0938812          Dr. D. Muldowny 72-1331195
Dr. J. Sledge 45-4001115               Dr. M. Stubbs 26-1193164
Dr. D. Hodges 72-1100184               Dr. J. Cobb 72-0950876

PT-2030     PAGE:   6

ZACHARY COUVILLON                   BILLING DATE: 06/19/19

                                    AMOUNT DUE :      0.00

BILL TO:  COUVILLON     ZACHARY     CHART #: 206272.2

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
|      |     |      | LOUIS C BLANDA JR MD | | | |
| 08/06/13 | CXP | | CANCELLED BY PATIENT | 0.00 | | 2100.00- |
|      | DX: | | 722.0 | | | |
| 09/06/13 | | | REFUND ATTORNEY c# | 2,075.00 | | 25.00- |
| 09/06/13 | | | REFUND PATIENT c# | 25.00 | | 0.00 |

CURRENT/30-60 DAYS/60-90 DAYS/  >90 DAYS/     TOTAL  INS PENDING    TOTAL DUE
  0.00        0.00        0.00        0.00        0.00       0.00         0.00

PHONE : 337 234 5234

# DOCTOR'S NOTES

**PATIENT NAME:** Zachary F Couvillon      **ACCT #:** Blan 2

**CHIEF COMPLAINT:** Neck Back      (DOI 11-27-18)   **ACCT TYPE:** Key Liab

| | | |
|---|---|---|
| DEC 0 6 2018 | Outside Studies Archived to PACS | X-rays |
| | TESTING (BI) PROCEDURE SURGERY/ INJECTION  C+L-MRI | 12-6-18 Sched. Dec.18 @ 8:30 am @ OGH Img. TYPED (+B) |
| JAN 1 7 2019 | TYPED | |
| FEB 2 8 2019 | TESTING PROCEDURE  L5-S1 SURGERY/ INJECTION  LESI    (B) | 3/4/19 chart did not come to me, Sent to Dr Haydel TYPED for L2S1: L5-S1 SM |
| APR 1 1 2019 | TYPED | |
| MAY 0 9 2019 | TESTING (BI) PROCEDURE SURGERY/ INJECTION  EMG/NCV Bilateral legs (Dr. Weir) | 6.5.19 sched 6.7.19 c̄ Dr. Weir (+B) |
| | | |
| | | |
| | | |
| | | |
| | | |

Couvillon, Zachary F
10/06/1989
Date of Service:May 09, 2019



**LAFAYETTE BONE & JOINT CLINIC**

1103 Kaliste Saloom Road Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

| ORTHOPAEDIC SURGERY | PHYSICAL MEDICINE AND REHABILITATION |
|---|---|
| JOHN E. COBB, M.D. (1945-2011) | |
| LOUIS C. BLANDA, JR., M.D. | |
| DAVID S. MULDOWNY, M.D. | DANIEL L. HODGES, M.D. |
| MALCOLM J. STUBBS, M.D. | |
| JOHN B. SLEDGE, III, M.D. | |

## Couvillon, Zachary F
DOB: ▓▓▓▓▓▓

### Date of Service: May 09, 2019

**Allergies:**
MORPHINE AND RELATED extreme
itching

**Current Medications**
escitalopram 10 mg tablet, tablet oral, 30
days.
Tylenol-Codeine #4 300 mg-60 mg tablet,
1 Tablet(s) PO QID, 30 days.
Vraylar oral
L-Lysine

**Medical History**
Cervicalgia (723.1)
Intervertebral disc disorders with
radiculopathy, lumbar region
Other cervical disc displacement,
unspecified cervical region

**Surgical History**
LESI
Spinal Fusion neck

**Family History**
Relationship: Father Disease: Depression
Recorded Date: December 06, 2018
Relationship: Father Disease: High Blood
Pressure Recorded Date: December 06,
2018

**Social History**
Have a Cardiologist No
handedness right handed
climbing a flight of stairs without stopping
3-4 flights of stairs

**Chief Complaint/History of Present Illness**

This is a Male, 29 years old, in today for evaluation of:

low back pain
Pain Rating - 5-6/10
Radiating - the left leg, the left buttock and the left lateral
thigh
Quality - a sharp pain, a burning sensation, aching, constant
and stabbing
Alleviating Factors - rest
Exacerbating Factors - activity, exertion, sitting and standing
or walking
PMP - no discrepancies are noted.

The patient is followed for low back problems. He had neck problems
as well. He had an ACDF done October 10, 2012. He had a recent
injury on November 27, 2018 injuring his neck and low back. He had
an LESI by Dr. Haydel. His workup showed an L5-S1 herniated disc
with annular tear and adjacent level herniated disc at C6-7. His prior
ACDF was at C5-6. The patient had a second injection but says it only
helped only for 2 weeks. His neck is doing well since physical therapy.

**Vital Signs**
Height: 5' 6" Weight: 175 lbs BMI: 28.2 HR: 78 bpm    BP: 119/79
mmHg

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient complained of night sweats and fatigue.

Couvillon, Zachary F
10/06/1989
Date of Service:May 09, 2019

regular physical exercise, hx of rarely
functional status:  patient needs
assistance with activities of daily living,
instrumental activities of daily living, etc.
No
Marital status Married
Tobacco history Never smoker
Alcohol history occasional

**Specialty Tests:**MRI CERVICAL  12/18/18
OGH Imaging
MRI LUMBAR  12/18/18 OGH Imaging

Gastrointestinal:  The patient denied abdominal pain, nausea and
vomiting.
Hematologic/Lymphatic:  The patient denied abnormal bleeding and
bruising, anemia and blood clots.
Musculoskeletal:  The patient complained of **back pain.**
Neurologic:  The patient complained of **numbness, tingling and
burning.**
Psychiatric:  The patient complained of **depression and anxiety.**
Respiratory:  The patient denied dyspnea.
Eyes:  The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck:  The patient denied hearing problems,
ringing in ears and nosebleeds.
General:  The patient denied chills, fever, weight loss, weight gain,
appetite loss and feeling sick.
Neck:  The patient denied swollen glands and neck mass.
Neurologic:  The patient denied tremors, dizziness and headache.
Psychiatric:  The patient denied memory loss.
Endocrine:  The patient denied cold intolerance, heat intolerance,
excessive hunger and excessive thirst.
Cardiovascular:  The patient denied shortness of breath, swelling in
hands or feet, racing / skipping heartbeats and leg cramping.
Respiratory:  The patient denied coughing up blood, excessive snoring
and chronic cough.
Gastrointestinal:  The patient denied reflux / heartburn, bloody stool
and loss of bowel control.
Genitourinary:  The patient denied urinary frequency, excessive
urination at night, blood in urine, irregular periods and loss of bladder
control.
Musculoskeletal:  The patient denied joint pain, joint swelling, joint
stiffness, muscle pain and muscle weakness.
Hematology:  The patient denied abnormal bruising.


**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished and well developed
**Psychiatric:**
orientation/consciousness- overall: oriented X3
**Neurological:**
Lower Extremity Reflexes- overall: **slight weak right foot**
**Musculoskeletal: Head and Neck:**
Range of Motion- overall: **ROM is not painful**
**Musculoskeletal: Spine/Ribs/Pelvis:**
Functional Testing- sitting SLR (left) **produces leg pain**; sitting SLR
(right) **produces leg pain**

On examination range of motion of his neck is nonpainful.  Straight
leg raise testing is positive bilaterally, right greater than left.  He has
slight weakness of his right foot.

**Imaging and Tests Reviewed**

Couvillon, Zachary F
10/06/1989
Date of Service:May 09, 2019

**Diagnosis**
M50.20-722.0 Other cervical disc displacement, unspecified cervical region
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Services Performed**

99214 EXTENDED SERVICES - EST
Calculated Complexity: None

**Services Ordered**
EMG6 EMG/NCV BOTH LOWER EXTREMITIES

**Plan**
I am recommending we obtain an EMG of both legs with Dr. Weir. The patient takes Tylenol No. 4 for pain. He is to return for follow-up after testing or in one month.

A return visit is indicated in 1 month and/or after the study has been performed.

Louis C Blanda MD

Louis C Blanda MD

Couvillon, Zachary F
10/06/1989
Date of Service:May 09, 2019

Complete.
BLAN2  11/27/18
BLAN2  KEY LIAB 11/27/18
CC: Louis C Blanda MD
    Attorney

Couvillon, Zachary F
10/06/1989
Date of Service: April 11, 2019



**LAFAYETTE BONE & JOINT**
**C L I N I C**

1103 Kaliste Saloom Road Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

**ORTHOPAEDIC SURGERY**
JOHN E. COBB, M.D. (1945-2011)
LOUIS C. BLANDA, JR., M.D.
DAVID S. MULDOWNY, M.D.
MALCOLM J. STUBBS, M.D.
JOHN B. SLEDGE, III, M.D.

**PHYSICAL MEDICINE AND
REHABILITATION**

DANIEL L. HODGES, M.D.

## Couvillon, Zachary F
DOB: ████████

## Date of Service: April 11, 2019

**Allergies:**
MORPHINE AND RELATED extreme itching

**Current Medications**
escitalopram 10 mg tablet, tablet oral, 30 days.
Tylenol-Codeine #4 300 mg-60 mg tablet, 1 Tablet(s) PO QID, 30 days.
L-Lysine

**Medical History**
Cervicalgia (723.1)
Intervertebral disc disorders with radiculopathy, lumbar region
Other cervical disc displacement, unspecified cervical region

**Surgical History**
LESI
Spinal Fusion neck

**Family History**
Relationship: Father Disease: Depression Recorded Date: December 06, 2018
Relationship: Father Disease: High Blood Pressure Recorded Date: December 06, 2018

**Social History**
Have a Cardiologist No
handedness right handed
climbing a flight of stairs without stopping 3-4 flights of stairs
regular physical exercise, hx of rarely

**Chief Complaint/History of Present Illness**

This is a Male, 29 years old, in today for evaluation of:

low back pain
    Pain Rating - 7/10
    Radiating - the left leg and the right buttock
    Quality - a sharp pain, a burning sensation, constant, stabbing and throbbing
    Alleviating Factors - MASSAGE, cold compress and medications
    Exacerbating Factors - activity, exertion, lifting and lumbar flexion
post-op
    Date of procedure - 3/21/2019 LESI L5-S1-DR HAYDEL, NEXT LESI WITH DR HAYDEL SCHEDULED FOR 4/18/19

The patient is followed for low back pain. He had an injury November 27, 2018. The patient had an LESI with Dr. Haydel. He has L5-S1 herniation and cervical herniation at C6-7 below the prior surgery. He says the injection helped a little but the pain is returning. He says Dr. Haydel is going to scheduling another injection. His neck is doing much better. Physical therapy helped a lot.

**Vital Signs**
Height: 5' 6" Weight: 175 lbs BMI: 28.2 HR: 86 bpm   BP: 127/86 mmHg

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.

Couvillon, Zachary F
10/06/1989
Date of Service:April 11, 2019

functional status: patient needs
assistance with activities of daily living,
instrumental activities of daily living, etc.
No
Marital status Married
Tobacco history Never smoker
Alcohol history occasional

Specialty Tests:MRI CERVICAL 12/18/18
OGH Imaging
MRI LUMBAR 12/18/18 OGH Imaging

Constitutional: The patient denied fatigue, fever, night sweats and
weight loss.
Gastrointestinal: The patient complained of reflux / heartburn.
Hematologic/Lymphatic: The patient denied abnormal bleeding and
bruising, anemia and blood clots.
Musculoskeletal: The patient complained of muscle pain, muscle
weakness and back pain.
Neurologic: The patient complained of tingling and burning.
Psychiatric: The patient complained of depression and anxiety.
Respiratory: The patient denied dyspnea.
Eyes: The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck: The patient denied hearing problems,
ringing in ears and nosebleeds.
General: The patient denied chills, weight gain, appetite loss and
feeling sick.
Neck: The patient denied swollen glands and neck mass.
Neurologic: The patient denied numbness, tremors, dizziness and
headache.
Psychiatric: The patient denied memory loss.
Endocrine: The patient denied cold intolerance, heat intolerance,
excessive hunger and excessive thirst.
Cardiovascular: The patient denied shortness of breath, swelling in
hands or feet, racing / skipping heartbeats and leg cramping.
Respiratory: The patient denied coughing up blood, excessive snoring
and chronic cough.
Gastrointestinal: The patient denied nausea, vomiting, abdominal
pain, bloody stool and loss of bowel control.
Genitourinary: The patient denied urinary frequency, excessive
urination at night, blood in urine, irregular periods and loss of bladder
control.
Musculoskeletal: The patient denied joint pain, joint swelling and
joint stiffness.
Hematology: The patient denied abnormal bruising.

Physical Exam

Constitutional:
general appearance- overall: well nourished and well developed
Psychiatric:
orientation/consciousness- overall: oriented X3
Neurological:
Upper Extremity Reflexes- overall: reflexes symmetrical; Lower
Extremity Reflexes; overall: slight weakness
Musculoskeletal: Head and Neck:
Range of Motion- overall: limited range of motion; Strength and
Tone; overall: no spasms
Musculoskeletal: Spine/Ribs/Pelvis:
Inspection and Palpation- lumbar spine palpation: mild tenderness
over the lower lumbar area; Range of Motion; lumbar flexion:
painful lumbar muscles with flexion; lumbar extension: painful
lumbar muscles with extension; Functional Testing; sitting SLR (left)

Couvillon, Zachary F
10/06/1989
Date of Service:April 11, 2019

produces leg pain; sitting SLR (right) produces leg pain

On exam today the patient's range of motion in his neck is slightly decreased. There is negative spasm. There is no arm pain or numbness. He has low back pain with flexion and extension. There is positive spasm. Straight leg raise testing is positive on the left greater than the right. There is slight weakness.

**Imaging and Tests Reviewed**

**Diagnosis**
M50.20-722.0 Other cervical disc displacement, unspecified cervical region
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Services Performed**

99214 EXTENDED SERVICES - EST
Calculated Complexity: None

**Services Ordered**
Not applicable to this visit.

**Plan**
Today I am recommending the patient to proceed with repeat injections. But if the pain keeps returning he will need an L5-S1 discectomy and fusion. His neck is doing better but has adjacent level herniation that could need surgery if symptoms continue. His treatment at present is related to the injury on November 27, 2018. We will continue the patient's medication and see him for a followup appointment in 1 month
A return visit is indicated in 1 month.

Louis C Blanda MD

Couvillon, Zachary F
10/06/1989
Date of Service:April 11, 2019

Louis C Blanda MD

Complete.
BLAN2  11/27/18
BLAN2  KEY LIAB 11/27/18
CC: Louis C Blanda MD
    Attorney

Couvillon, Zachary F
10/06/1989
Date of Service:February 28, 2019



**LAFAYETTE BONE & JOINT**
**C L I N I C**

1103 Kaliste Saloom Road Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

**ORTHOPAEDIC SURGERY**
JOHN E. COBB, M.D. (1945-2011)
LOUIS C. BLANDA, JR., M.D.
DAVID S. MULDOWNY, M.D.
MALCOLM J. STUBBS, M.D.
JOHN B. SLEDGE, III, M.D.

**PHYSICAL MEDICINE AND**
**REHABILITATION**

DANIEL L. HODGES, M.D.

## Couvillon, Zachary F
DOB: ▓▓▓▓▓

### Date of Service: February 28, 2019

**Allergies:**
**MORPHINE AND RELATED** extreme itching

**Current Medications**
fluoxetine 40 mg capsule, capsule oral, 30 days.
naproxen 500 mg tablet, tablet oral, 7 days.
L-Lysine
Vyvanse 50 mg capsule, capsule oral, 30 days.

**Medical History**
Cervicalgia (723.1)
Intervertebral disc disorders with radiculopathy, lumbar region
Other cervical disc displacement, unspecified cervical region

**Surgical History**
Spinal Fusion neck

**Family History**
Relationship: Father Disease: Depression
Recorded Date: December 06, 2018
Relationship: Father Disease: High Blood Pressure Recorded Date: December 06, 2018

**Social History**
Have a Cardiologist No
handedness right handed
climbing a flight of stairs without stopping
3-4 flights of stairs

**Chief Complaint/History of Present Illness**

This is a Male, 29 years old, in today for evaluation of:

low back pain
> Pain Rating - 4/10
> Radiating - into both hips
> Quality - squeezing and stabbing
> Alleviating Factors - rest
> Exacerbating Factors - exertion, lumbar extension and lumbar flexion

The patient is in today for followup evaluation of neck and low-back pain. He was involved in a motor vehicle accident in November of last year. He has consistently attended physical therapy with improvement of his symptoms and last office visit. He has 3 sessions of therapy left. He states the neck pain has resolved. He experiences some stiffness in the morning but this is tolerable. He continues to experience persistent pain that radiates into the lower lumbar spine and buttock. He describes pain as sharp and shooting. He denies any symptoms radiating into the lower extremities.

**Vital Signs**
Height: 5' 6" Weight: 175 lbs as stated by patient BMI: 28.2 HR: 75 bpm   BP: 121/82 mmHg

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient denied fatigue, fever, night sweats and weight loss.

Couvillon, Zachary F
10/06/1989
Date of Service:February 28, 2019

regular physical exercise, hx of rarely
functional status:  patient needs
assistance with activities of daily living,
instrumental activities of daily living, etc.
No
Marital status Married
Tobacco history Never smoker
Alcohol history occasional

**Specialty Tests:**MRI CERVICAL 12/18/18
OGH Imaging
MRI LUMBAR 12/18/18 OGH Imaging

Gastrointestinal:  The patient denied abdominal pain, nausea and
vomiting.
Hematologic/Lymphatic:  The patient denied abnormal bleeding and
bruising, anemia and blood clots.
Musculoskeletal:  The patient complained of **joint stiffness** and **back
pain.**
Neurologic:  The patient complained of **numbness**.
Psychiatric:  The patient complained of **depression, anxiety** and
**memory loss.**
Respiratory:  The patient denied dyspnea.
Eyes:  The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck:  The patient denied hearing problems,
ringing in ears and nosebleeds.
General:  The patient denied chills, weight gain, appetite loss and
feeling sick.
Neck:  The patient denied swollen glands and neck mass.
Neurologic:  The patient denied tingling, burning, tremors, dizziness
and headache.
Psychiatric:  The patient denied memory loss.
Endocrine:  The patient denied cold intolerance, heat intolerance,
excessive hunger and excessive thirst.
Cardiovascular:  The patient denied shortness of breath, swelling in
hands or feet, racing / skipping heartbeats and leg cramping.
Respiratory:  The patient denied coughing up blood, excessive snoring
and chronic cough.
Gastrointestinal:  The patient denied reflux / heartburn, bloody stool
and loss of bowel control.
Genitourinary:  The patient denied urinary frequency, excessive
urination at night, blood in urine, irregular periods and loss of bladder
control.
Musculoskeletal:  The patient denied joint pain, joint swelling, joint
stiffness, muscle pain and muscle weakness.
Hematology:  The patient denied abnormal bruising.


**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished, well developed and in
no acute distress
**Psychiatric:**
orientation/consciousness- overall: alert and orientated; mood and
affect; overall: normal
**Cardiovascular:**
examination of vasculature- overall: no clubbing, cyanosis, edema
and warm extremities
**Lymphatic:**
palpation- overall: no obvious adenopathy
**Neurological:**
sensation- left lower extremity: intact; right lower extremity: intact
**Musculoskeletal:**
gait and station- gait normal; station: normal

Couvillon, Zachary F
10/06/1989
Date of Service:February 28, 2019

**Muscoloskeletal: Spine/Ribs/Pelvis:**
Inspection and Palpation- lumbar spine palpation: mild tenderness over the lower lumbar area; Range of Motion; overall: limited motion secondary to pain
**Musculoskeletal: Left Lower Extremity:**
Strength and Tone- extensor Hallucis Longus: 5/5; foot Everters: 5/5; foot Inverters: 5/5; gastroc-Soleus: 5/5; hamstrings: 5/5; iliopsosas: 5/5; quadriceps: 5/5; tibialis Anterior: 5/5
**Musculoskeletal: Right Lower Extremity:**
Strength and Tone- extensor Hallucis Longus: 5/5; foot Everters: 5/5; foot Inverters: 5/5; gastroc-Soleus: 5/5; hamstrings: 5/5; iliopsosas: 5/5; quadriceps: 5/5; tibialis Anterior: 5/5

**Imaging and Tests Reviewed**

**Diagnosis**
 M50.20-722.0 Other cervical disc displacement, unspecified cervical region
 M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Services Performed**

99213 INTERMEDIATE SERVICES - EST
Calculated Complexity: Low Complexity

**Services Ordered**
HINJ HOSPITAL INJECTION (L5-S1 LESI)

**Plan**
The patient has completed physical therapy with improvement of his cervical symptoms but limited relief with his lumbar symptoms. At this time, we discussed moving forward with a lumbar epidural steroid injection at L5-S1. He has had limited relief with conservative care, thus far. We will see the patient back in 6 weeks for followup after he has had the injection to see how much relief he has gotten.

A return visit is indicated in 6 weeks.

Couvillon, Zachary F
10/06/1989
Date of Service:February 28, 2019

Laken Lemoine PA-C

*L Blanda*

Louis C Blanda MD

Complete.
BLAN2 11/27/18
BLAN2 KEY LIAB 11/27/18
CC: Louis C Blanda MD

Couvillon, Zachary F
10/06/1989
Date of Service:January 17, 2019



LAFAYETTE BONE & JOINT
C L I N I C

1103 Kaliste Saloom Road Suite 100-102
Lafayette, LA 70508
Phone:(337) 234-5234
Fax: (337) 235-2121

**ORTHOPAEDIC SURGERY**
JOHN E. COBB, M.D. (1945-2011)
LOUIS C. BLANDA, JR., M.D.
DAVID S. MULDOWNY, M.D.
MALCOLM J. STUBBS, M.D.
JOHN B. SLEDGE, III, M.D.

**PHYSICAL MEDICINE AND
REHABILITATION**

DANIEL L. HODGES, M.D.

**Couvillon, Zachary F**
DOB: ▓▓▓▓▓▓

**Date of Service: January 17, 2019**

**Allergies:**
<u>MORPHINE AND RELATED</u> extreme
itching

**Current Medications**
fluoxetine 40 mg capsule, capsule oral, 30
days.
Tylenol-Codeine #4 300 mg-60 mg tablet,
1 Tablet(s) PO QID, 30 days.
Viagra 100 mg tablet, 1/2 Tablet(s) PO as
directed 30 min prior to intercourse, 30
days.
naproxen 500 mg tablet, tablet oral, 7
days.
L-Lysine
Vyvanse 50 mg capsule, capsule oral, 30
days.

**Medical History**
Cervicalgia (723.1)
Intervertebral disc disorders with
radiculopathy, lumbar region
Other cervical disc displacement,
unspecified cervical region

**Surgical History**
Spinal Fusion neck

**Family History**
Relationship: Father Disease: Depression
Recorded Date: December 06, 2018
Relationship: Father Disease: High Blood
Pressure Recorded Date: December 06,
2018

**Chief Complaint/History of Present Illness**

This is a Male, 29 years old, in today for evaluation of:

neck pain
 Pain Rating - 5/10 and 6/10
 Radiating - down both arms
 Quality - headaches, intermittent, sharp, stabbing,
  numbness and tingling
 Alleviating Factors - rest
 Exacerbating Factors - exertion and activity
back pain
 Location - in the midline of in the lower back area
 Quality - constant, sharp, stabbing and radiating to bilateral
  hips
 Alleviating Factors - rest
 Exacerbating Factors - exertion, activity and position change

The patient is followed for neck and back injury which occurred
November 27, 2018. Cervical and lumbar MRI ordered last visit I have
reviewed the type report. The patient had prior ACDF at C5-6. There
is a new disc at C6-7. I have reviewed the films and agree with the
report. The patient rates his neck pain at a 5-6/10 with radicular
symptoms down both upper extremities. the patient indicates the
symptoms produces headaches, or intermittent, sharp, stabbing,
numb, and tingling. He describes his back pain occurring in the
midline of the lower back area. Symptoms are described as constant,
sharp, stabbing, and radiating bilaterally to the hips. Symptoms are
managed conservatively with rest and activity modification.

**Vital Signs**

Couvillon, Zachary F
10/06/1989
Date of Service:January 17, 2019

**Social History**
Have a Cardiologist No
handedness right handed
climbing a flight of stairs without stopping
3-4 flights of stairs
regular physical exercise, hx of rarely
functional status: patient needs
assistance with activities of daily living,
instrumental activities of daily living, etc.
No
Marital status Married
Tobacco history Never smoker
Alcohol history occasional

**Specialty Tests:**MRI CERVICAL 12/18/18
OGH Imaging
MRI LUMBAR 12/18/18 OGH Imaging

Height: 5' 6" Weight: 170 lbs BMI: 27.4 HR: 86 bpm    BP: 124/80
mmHg

**Review of Systems**
Cardiovascular: The patient denied chest pain/pressure.
Constitutional: The patient denied fatigue, fever, night sweats and
weight loss.
Gastrointestinal: The patient denied abdominal pain, nausea and
vomiting.
Genitourinary/Nephrology: The patient complained of **urinary
frequency.**
Hematologic/Lymphatic: The patient denied abnormal bleeding and
bruising, anemia and blood clots.
Musculoskeletal: The patient complained of **muscle pain, joint
stiffness and back pain.**
Neurologic: The patient complained of **numbness, tingling,
headaches** and **burning.**
Psychiatric: The patient complained of **depression** and **anxiety.**
Respiratory: The patient denied dyspnea.
Eyes: The patient denied vision problems and sensitivity to light.
Ears/Nose/Throat/Neck: The patient denied hearing problems,
ringing in ears and nosebleeds.
General: The patient denied chills, weight gain, appetite loss and
feeling sick.
Neck: The patient denied swollen glands and neck mass.
Neurologic: The patient denied tremors, dizziness and headache.
Psychiatric: The patient denied memory loss.
Endocrine: The patient denied cold intolerance, heat intolerance,
excessive hunger and excessive thirst.
Cardiovascular: The patient denied shortness of breath, swelling in
hands or feet, racing / skipping heartbeats and leg cramping.
Respiratory: The patient denied coughing up blood, excessive snoring
and chronic cough.
Gastrointestinal: The patient denied reflux / heartburn, bloody stool
and loss of bowel control.
Genitourinary: The patient denied excessive urination at night, blood
in urine, irregular periods and loss of bladder control.
Musculoskeletal: The patient denied joint pain, joint swelling, joint
stiffness and muscle weakness.
Hematology: The patient denied abnormal bruising.


**Physical Exam**

**Constitutional:**
general appearance- overall: well nourished and well developed
**Psychiatric:**
orientation/consciousness- overall: oriented X3
**Neurological:**
Lower Extremity Reflexes- overall: **motor 5/5 in arms and legs**
**Muscoloskeletal: Spine/Ribs/Pelvis:**

Couvillon, Zachary F
10/06/1989
Date of Service:January 17, 2019

Inspection and Palpation- lumbar spine palpation: **mild tenderness over the lower lumbar area**; Range of Motion; overall: **limited motion secondary to pain**; Functional Testing; sitting SLR (left) negative; sitting SLR (right) negative

Patient's range of motion is painful and more in the lower back. There is no arm or leg pain right now.  Straight leg raise testing is negative.  Motor function is 5/ 5 bilaterally in the upper and lower extremities.

**Imaging and Tests Reviewed**
Cervical MRI December 18, 2018 OGH imaging. Radiologist Impression: Prior anterior fixation at C5-6.  Bony alignment appears maintained.  Straightening of the cervical curvature which could be related to spasm for patient positioning.  Small broad-based dorsal disc protrusion at C6-7.
Lumbar MRI December 18, 2018 OGH imaging.  Radiologist impression: Small right posterior paracentral disc protrusion at L5-S1 with associated annular tearing.  Desiccation of the L5-S1 intervertebral disc.

**Diagnosis**
 M50.20-722.0 Other cervical disc displacement, unspecified cervical region
 M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Services Performed**

99214 EXTENDED SERVICES - EST
Calculated Complexity: None

**Services Ordered**
97001 PT EVALUATION
        Cervical Spine: 3x a week for 4 weeks: Evaluate and Treat, Modalities as needed, therapeutic exercises, stretching and strengthening, ROM and Home Exercises
        Lumbar Spine: 3x a week for 4 weeks: Evaluate and Treat, Modalities as needed, therapeutic exercises, stretching and strengthening, ROM and Home Exercises

L0637 LSO SC R ANT/POS PNL PRE CST (rx to kristie)

**Plan**
Today and recommend a course of physical therapy.  The patient is still working.  I am also recommending an LSO to use while working because of a lumbar annular tear.  We are discontinuing tramadol due to the patient being on antidepressants and is having side effects.  We will try his medications are Tylenol 4.  He is given a routine 6

Couvillon, Zachary F
10/06/1989
Date of Service:January 17, 2019

week followup appointment
A return visit is indicated in 6 weeks.

*[signature]*

Louis C Blanda MD

Louis C Blanda MD

Complete.
BLAN2  11/27/18
BLAN2  KEY LIAB 11/27/18
CC: Louis C Blanda MD

Couvillon, Zachary F
10/06/1989
Date of Service: December 06, 2018


**LAFAYETTE BONE & JOINT**
C L I N I C

1103 Kaliste Saloom Road Suite 100-102
Lafayette, LA 70508
Phone: (337) 234-5234
Fax: (337) 235-2121

**ORTHOPAEDIC SURGERY**
JOHN E. COBB, M.D. (1945-2011)
LOUIS C. BLANDA, JR., M.D.
DAVID S. MULDOWNY, M.D.
MALCOLM J. STUBBS, M.D.
JOHN B. SLEDGE, III, M.D.

**PHYSICAL MEDICINE AND
REHABILITATION**

DANIEL L. HODGES, M.D.

**Couvillon, Zachary F**
DOB: ▓▓▓▓▓▓

**Date of Service:** December 06, 2018

**Allergies:**
**NKDA**

**Current Medications**
buspirone 10 mg tablet, tablet oral, 30
days.
fluoxetine 40 mg capsule, capsule oral, 30
days.
divalproex ER 500 mg tablet, extended
release 24 hr, tablet extended release 24
hr oral, 30 days.
Tylenol-Codeine #3 300 mg-30 mg tablet,
1 Tablet(s) PO QID, 30 days.
naproxen 500 mg tablet, tablet oral, 7
days.
Vyvanse 50 mg capsule, capsule oral, 30
days.
atorvastatin 10 mg tablet, tablet oral, 30
days.

**Medical History**
Cervicalgia (723.1)
Intervertebral disc disorders with
radiculopathy, lumbar region
Other cervical disc displacement,
unspecified cervical region

**Surgical History**
Spinal Fusion neck

**Family History**
Relationship: Father Disease: Depression
Recorded Date: December 06, 2018
Relationship: Father Disease: High Blood
Pressure Recorded Date: December 06,

**Chief Complaint/History of Present Illness**

This is a  Male, 29 years old,  in today for evaluation of:

neck pain
    Location - in the posterior area
    Pain Rating - 7/10
    Course - worsening
low back pain
    Location - in the midline of in the lower back area
    Pain Rating - 7/10
    Radiating - both legs
    Quality - a burning sensation and aching
    Course - worsening

This is a 29-year-old right-handed male in today for evaluation of
neck and back complaints.  The patient indicates he was injured on
November 27, 2018.  He was the front seat passenger in a Jeep
Wrangler wearing his seat belt when they were rear ended by an
18-wheeler.  They were moving but the 18-wheeler was traveling at a
higher rate of speed.  The right side of his face struck the seat belt
and the plastic part of the attachment broke off and struck the
patient on his right cheek.  He denies loss of consciousness. He has
immediate neck and back pain.  His wife picked him up at the wreck
site and brought him home.  She went onto work but about 2-3
hours after the accident he called her to bring him to the hospital.
He went to the ER at Opelousas General where X-rays of his facial
bones, neck and back were done.  He was told he had no fracture.
He was told he had straightening of the cervical spine and narrowing
at L5-S1.  Of note, the patient was seen here in the past and had C5-6
ACDF on October 10, 2012.  He was told that his previous fusion was
"in plate".  He then made an appointment to come here for
orthopedic evaluation.  The patient is represented for this accident
by attorney, Brian Caubarreaux.

Couvillon, Zachary F
10/06/1989
Date of Service:December 06, 2018

2018

**Social History**
Have a Cardiologist No
handedness right handed
climbing a flight of stairs without stopping
3-4 flights of stairs
regular physical exercise, hx of rarely
functional status: patient needs
assistance with activities of daily living,
instrumental activities of daily living, etc.
No
Marital status Married
Tobacco history Never smoker
Alcohol history occasional

The patient complains of an aching burning pain in his posterior neck and upper trapezius region.  He rates his neck pain a 7 on a scale of 0-10.   Depending on what side he sleeps on he will wake up with numbness in that extremity.  He also complains of associated headaches.

The patient complains of an aching burning pain across his lower back.  He rates his low back pain a 7 on a scale of 0-10.  His pain level will increase with increased activity.  The pain radiates into his bilateral buttocks and in his bilateral posterior thighs.  He also has pain in to his bilateral hips.

The patient indicates he has difficulty sleeping.  He denies any areas of weakness.  Different types of movement make his condition worse.  He indicates he has increased low back pain with bowel movements.  He gets some relief with rest.

The patient was seen here in the past for neck and back complaints MRI of the lumbar spine in February 2012 showed a small posterior disc at L5-S1 without compression.  Cervical MRI was positive for a C5-6 disc.  He had an ACDF at C5-6 in October 2012.  He was last seen here May 28, 2013.  He indicates he returned to work without any problems.  He has been working for the last 5 years.

The patient works as a boiler maker/welder.  He has not worked since the accident.  He states he was laid off after missing 2 days of work and was told he would need to go through their medical personnel before he could be hired back.

**Vital Signs**
Height:  5' 6" Weight: 170 lbs  BMI: 27.4 HR: 72 bpm     BP: 132/85 mmHg

**Review of Systems**
Cardiovascular:  The patient denied chest pain/pressure.
Constitutional:  The patient complained of **night sweats.**
Gastrointestinal:  The patient denied abdominal pain, nausea and vomiting.
Hematologic/Lymphatic:  The patient denied abnormal bleeding and bruising, anemia and blood clots.
Musculoskeletal:  The patient complained of **muscle pain, joint stiffness and back pain.**
Neurologic:  The patient complained of **numbness, tingling** and **headaches.**
Psychiatric:  The patient complained of **depression and anxiety.**
Respiratory:  The patient denied dyspnea.

Couvillon, Zachary F
10/06/1989
Date of Service: December 06, 2018

**Physical Exam**

**MS: head/neck:**
range of motion - H/N- flexion: **restricted**; extension: **restricted**;
spurling's Test: **positive To the shoulders.**; strength & tone - H/N;
overall: _Positive neck spasm.
**MS: Bilateral Upper Extremities:**
Left insp & palp - UE- overall: _the patient feels that his arms are
**heavy and numb.**; Right insp & palp - UE; overall: _the patient feels
that his arms are heavy and numb.
**Neurological/Psychiatric:**
Lower Extremity Reflexes- Left patella: **2+**; Right patella: **2+**; Left
achilles: **2+**; Right achilles: **2+**; Right clonus: negative; orientation;
overall: oriented X 3; sensation; overall: _Sensory is equal but
**decreased.** and normal in his lower extremities.

On examination of his neck range of motion is decreased.  There is
positive for neck spasm.  Spurling maneuver is positive to the
shoulders.  He feels that his arms are heavy and numb.  Sensory is
equal but decreased.  He has a decreased grip bilaterally.  Deep
tendon reflexes are 1+ and equal.

On exam of his lumbar spine there is positive spasm.  Straight leg
raising test is positive bilaterally with hip pain.  Motor function is 5
out of 5 and his quads and feet.  Deep tendon reflexes are 2+ and
equal.  He has negative clonus.  Sensory is within normal limits.

**Imaging and Tests Reviewed**
Outside x-rays were done November 27, 2018.

X-rays of his lumbar spine show slight narrowing at L5-S1 and spina
bifida occulta at S1.

Cervical spine x-rays show a healed C5-6 fusion with plate intact.

**Diagnosis**
 M50.20-722.0 Other cervical disc displacement, unspecified cervical
region
 M51.16-722.10 Intervertebral disc disorders with radiculopathy,
lumbar region

**Services Performed**

99205 COMPREHENSIVE SERVICS - NEW
Calculated Complexity: None

**Services Ordered**
72141 MRI CERVICAL SPINE W/O CONTRAST
72148 MRI LUMBAR SPINE W/O CONTRAST

Couvillon, Zachary F
10/06/1989
Date of Service: December 06, 2018

**Plan**
I'm recommending that we obtain a cervical and lumbar MRI. The
patient says he has been laid off of work because of his injury. His
medications are Flexeril Mobic and Tylenol No. 3. He is to return for
follow-up after testing.

A return visit is indicated after diagnostic testing.

*L Blanda*

Louis C Blanda MD

Louis C Blanda MD

Complete.
BLAN2  11/27/18
BLAN2  KEY LIAB 11/27/18
CC: Louis C Blanda MD