| | |
|---|---|
| ZACHARY COUVILLION | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF POINTE COUPEE |
| DARRIN BENNETT, ANTONION CAR & TRUCKING MODIFICATION, LLC AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **ZACHARY COUVILLION,** of the full age of majority, a resident of and domiciled in the Parish of St. Landry, State of Louisiana, respectfully represents as follows, to-wit:

1.

Made defendants herein are:

**DARRIN BENNETT,** who may be served Via Louisiana Long Arm Statue at 3228 Illinois, Forth Worth, Texas 76102;

**ANTONIO CARE & TRUCK MODIFICATION, LLC.,** who may be served Via Louisiana Long Arm Statue, at 1200 Summit Ave Ste. 740, Forth Worth, Texas 76102; and

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY,** who may be served Via Louisiana Long Arm Statue through their agent for service of process: CT Corporation System 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

2.

Defendants are justly and truly indebted unto plaintiff herein, individually, jointly, severally and in solido in an amount commensurate with the damages occasioned, together with legal interest from the date of this demand and for all costs of these proceedings for the following enumerated reasons, to-wit:

3.

On or about November 29, 2018, plaintiff, **ZACHARY COUVILLION,** was a guest passenger in a 2016 Jeep Wrangler owned and operated by Billy Homan.

4.

At approximately 5:15 a.m., plaintiff, **ZACHARY COUVILLION,** was traveling on US Highway 190, when suddenly, violently and without any warning, defendant-driver, **DARRIN BENNETT,** who was driving a 2016 Kenworth truck struck the Couvillion vehicle in the rear.

5.

The acts or omissions of defendant-driver, **DARRIN BENNETT,** caused a collision, which resulted in plaintiff sustaining severe personal injuries for which he had to seek medical treatment.

6.

As a result of the aforesaid vehicular collision, plaintiff has sustained personal injuries to his mind, head, jaw, mouth, nose, neck, shoulders, back, arms and legs.

7.

At all times pertinent herein, plaintiff was free from fault in causing said accident; further, the said accident was solely and proximately caused by the negligence of the defendant-driver, **DARRIN BENNETT,** whose acts of negligence which include:

A.    Driving a vehicle in an unsafe, reckless and dangerous manner;

B.    Failing to be attentive and/or observe surrounding traffic;

C.    Failing to stop;

D.    Failing to see what should have been seen;

E.    Following to closely; and

F.    Failing to control his vehicle.

8.

As a result of the above and foregoing accident and resulting injuries **ZACHARY COUVILION** has suffered the following damages:  Pain and suffering (Past, present and future), Medical expenses (past, present and future), Mental anguish, humiliation and aggravation (past, present and future), loss of wages (past, present and future) loss of enjoyment of life (past, present and future) and permanent scarring and disfigurement and property damages.

9.

Plaintiffs show upon information and belief at the time of the accident defendant, **DARRIN BENNETT,** was in the course and scope of his employment with defendant **ANTONIO CAR & TRUCK MODIFICATION LLC.,** and pursuant to the theory of respondent superior, said employer is legally responsible for all negligent acts of **DARRIN BENNETT** resulting from the aforementioned accident.

10.

At all times pertinent herein, defendant, **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** was the liability insurer of **ANTONIO CAR & TRUCK MODIFCATION, LLC.,** and pursuant to a policy of insurance issued covering the vehicle owned by **ANTONIO CAR & TRUCK MODICATION, LLC** and operated by **DARRIN BENNETT** , the said insurance company is individually, jointly, severally, concurrently and in solido responsible for any and all damages set forth herein by virtue of its contractual obligation to insure said defendant.

**WHEREFORE,** plaintiff prays that his petition be deemed good and sufficient and that the same be served upon defendants herein, ordering them to answer the allegations contained; that after all due legal delays and proceedings are had, that there be judgment in favor of plaintiff, **ZACHARY COUVILLION,** and against defendants, **DARRIN BENNETT, ANTONIO CAR & TRUCK MODICATION, LLC., AND PROGESSIVE COUNTY MUTUAL INSURANCE COMPANY,** individually, jointly and in solido, in an amount commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief necessary herein.

Respectfully Submitted:

**BRIAN CAUBARREAUX AND ASSOCIATES**

BY: _____
        **BRIAN M. CAUBARREAUX, #21522**
        **EMILY GREMILLION MECHE, #31177**
        **WESLEY ELMER, 23724**
        144 W. Tunica Drive
        Post Office Box 129
        Marksville, Louisiana 71351-0146
        Telephone: 318/253-0900
        **ATTORNEYS FOR PLAINTIFF, ZACHARY COUVILLION**

**SERVICE INFORMATION:**

**DARRIN BENNETT**
Via Louisiana Long Arm Statue
3228 Illinois, Forth Worth, Texas 76102

**ANTONIO CARE & TRUCK MODIFICATION, LLC.**
Via Louisiana Long Arm Statue
1200 Summit Ave Ste. 740
Forth Worth, Texas 76102

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
Via Louisiana Long Arm Statue
through their agent for service of process:
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

ZACHARY COUVILLION                          18TH JUDICIAL DISTRICT COURT

VERSUS                                      PARISH OF POINTE COUPEE

DARRIN BENNETT, ANTONIO CAR
& TRUCKING MODIFICATION AND
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY                           STATE OF LOUISIANA

## REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby

requested to give us written notice, by mail, ten (10) days in advance of the date fixed for trial of

this case, whether on exceptions, rules or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also

requested to send us immediate notice of any order of judgment made or rendered in this case,

upon entry of such order of judgment.

Respectfully Submitted:

BRIAN CAUBARREAUX AND ASSOCIATES

BY: _____

BRIAN M. CAUBARREAUX, #21522
EMILY GREMILLION MECHE, #31177
WESLEY ELMER, 23724
144 W. Tunica Drive
Post Office Box 129
Marksville, Louisiana 71351-0146
Telephone: 318/253-0900
ATTORNEYS FOR PLAINTIFF, ZACHARY
COUVILLION


# JONES WALKER

**Ian A. Macdonald**
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

February 22, 2019

Hon. Lanell Swindler Landry
Pointe Coupee Parish Clerk of Court
P. O. Box 86
New Roads, LA 70760-0086

   Re: Zachary Couvillion vs.
     Darrin Bennett, et al
     Docket No.: 48967-D

Dear Sir/Madam:

  Enclosed are an original and one copy of Progressive County Mutual Insurance Company's Answer, Request for Notice of Trial Date and Jury Order in this matter. Please present the original Jury Order to the appropriate judge for signature, file the originals in the record and return the copies to me stamped "filed" for my records. Also enclosed is our firm's check in the amount of $250 to cover the cost of filing these documents.

       Sincerely,

       IAN A. MACDONALD

IAM\jbc
Enclosures
cc: Brian M. Caubarreaux

{L0518013.1}

600 Jefferson Street, Suite 1600 | Lafayette, LA 70501 | T: 337.593.7600 | F: 337.593.7601 | joneswalker.com

ZACHARY COUVILLION                     18TH JUDICIAL DISTRICT COURT

VERSUS                                 DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY               POINTE COUPEE PARISH, LOUISIANA

******************************************************************************

## ANSWER

Progressive County Mutual Insurance Company ("Progressive") responds to the Petition for Damages as follows:

1.

Without knowledge or information sufficient to form a belief as to the truth of the introductory paragraph.

2.

Paragraph 1 is denied for lack of sufficient information to justify a belief therein, except to admit Progressive's status as an insurance company.

3.

Paragraph 2 is denied.

4.

Paragraphs 3, 4, 5 and 6 are denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 7 (A)-(F) is denied.

6.

Paragraph 8 is denied for lack of sufficient information to justify a belief therein.

7.

Paragraph 9 requires no response because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.

8.

Paragraph 10 is denied, except to admit that if Progressive issued a policy of insurance it, being a written document and a binding contract, is the best evidence of its terms and conditions which are plead herein as if copied in their entirety.

{L0518010.1}

9.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

10.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused in whole or part by Billy Homan's negligence, which is plead in bar or diminution to plaintiff's claims. Said negligence includes, but is not limited to:

A.   Entering the roadway from the shoulder of the road creating a sudden emergency for Darrin Bennett;

B.   Failing to see what he should have seen and do what he should have done under the circumstances;

C.   All other acts of negligence which will be proven at the trial of this matter.

11.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

12.

Progressive requests a trial by jury.

WHEREFORE, Progressive County Mutual Insurance Company prays that the plaintiff's Petition for Damages be dismissed with prejudice at plaintiff's cost, and for all such general and equitable relief.

Respectfully submitted,

JONES WALKER LLP

BY: _____
IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
P. O. Drawer 3408
Lafayette, LA 70502-3408
(337) 593-7600

{L0518010.1}

**CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this ___22nd___ day of February, 2019.

IAN A. MACDONALD

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

DOCKET NO.:  48967-D

POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT of the 18th Judicial District Court, Pointe Coupee Parish,

Louisiana:

Please take notice that Ian A. Macdonald, attorney for Defendant, Progressive County

Mutual Insurance Company, hereby request written notice of the date of trial of the above matter

as well as notice of hearings (whether on merits or otherwise), orders, judgments and

interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any

member of Court, as provided in Louisiana Code of Civil Procedure Articles 1572, 1913 and

1914.

Respectfully submitted,

JONES WALKER LLP

BY:_____

      IAN A. MACDONALD
      Bar Roll No. 17664
      600 Jefferson St., Suite 1600
      P. O. Drawer 3408
      Lafayette, LA 70502-3408
      Telephone: (337) 593-7600
      Facsimile: (337) 593-7601

{L0518011.1}

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

DOCKET NO.: 48967-D

POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

## ORDER

The foregoing considered;

IT IS ORDERED that the above entitled and numbered suit be tried by a civil jury upon

Progressive County Mutual Insurance Company giving bond, with good and solvent surety,

conditioned as the law directs, in the amount of $ _to be determined_ when trial is, to cover the schedule

additional costs of the jury trial.

THUS DONE AND SIGNED at New Roads, Louisiana this 1st day of

March, 2019.

_____
DISTRICT JUDGE
Elizabeth A. Engolio

Respectfully Submitted by:

JONES WALKER LLP

BY: _____
        IAN A. MACDONALD
        Bar Roll #17664
        600 Jefferson St., Suite 1600
        P. O. Drawer 3408
        Lafayette, LA 70502
        Telephone: (337) 593-7600
        Facsimile: (337) 593-7601

{L0518012.1}

ATTEST A TRUE CERTIFIED COPY
DATE FILED 3/11/2019
DY CLERK OF COURT
POINTE COUPEE PARISH
NEW ROADS, LOUISIANA

**Marksville Office**

Brian M. Caubarreaux
Emily Gremillion *†
Wesley K. Elmer

† *Certified Mediator*

P. O. Box 129
144 Tunica Drive West
Marksville, LA 71351

P: 318-253-0900
F: 318-253-5666

# Brian Caubarreaux
## AND ASSOCIATES
*A Professional Law Corporation*

**Alexandria Office**

Eugene A. Ledet, Jr.
Brock H. Duke *
Laura Knoll

* *Licensed in Texas*

4501 Jackson Street Ext.
Alexandria, LA 71303

P: 318-442-0900
F: 318-445-0940

April 4, 2019

Honorable Lanell Swindler Landry
Clerk of Court
Pointe Coupee Parish
Post Office Box 38
New Roads, Louisiana 70760

Re:   **Zachary Couvillion**
Vs:   **Darrin Bennett, et al**
      **Docket Number: 48967-D**

Dear Honorable Landry:

Enclosed please find the original and one (1) copy of the Motion and Order to Appoint Private Process Server with attached exhibit with regard to the above captioned matter. Please file the original of the enclosed. I have also enclosed an extra copy which I would appreciate you stamping with the date and time of filing and returning to my office in the enclosed return envelope.

Should you have any questions regarding the above or the enclosed, please do not hesitate to contact my office. With best wishes, I remain

Sincerely,

**BRIAN CAUBARREAUX AND ASSOCIATES**

BY: _____
      **BRIAN M. CAUBARREAUX**
BMC:vs
Enclosures

Cc:   Mr. Ian Macdonald

ZACHARY COUVILLION            18TH JUDICIAL DISTRICT COURT

VERSUS                          DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY       POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND ORDER TO APPOINT PRIVATE PROCESS SERVER

NOW INTO COURT, through undersigned counsel, comes plaintiff, **ZACHARY COUVILLION,** who moves this Court to appoint Professional Court Services, 111 East Rosedale Street, #2, Suite B, Fort Worth, Texas, a person of the full age of majority, a non-party to this suit and domiciled in the County of Tarrant, State of Texas, to make service on Darrin Bennett and Antonio Car & Truck Modification, LLC of the original Petition for Damages because the Sheriff has attempted service numerous times but has been unable to make service on said defendant after due and diligent efforts.

**IT IS ORDERED** that Professional Court Services be appointed and authorized to make service on defendants, **DARRIN BENNETT and ANTONIO CAR & TRUCK MODIFICATION, LLC,** in the same manner as required of a Sheriff of the original Petition for Damages.

Pointe Coupee, Louisiana, this the _____ day of March, 2019.

_____
JUDGE, 18th JUDICIAL DISTRICT COURT

Respectfully submitted,

BRIAN C. CAUBARREAUX AND ASSOCIATES
BY: _____
**BRIAN M. CAUBARREAUX, #21522**
**EMILY GREMILLION, #31177**
**WESLEY ELMER, # 23724**
144 Tunica Drive West
Post Office Box 129
Marksville, Louisiana 71351
(318) 253-0900
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been sent to all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, on this the _4_ day of April, 2019.

_____
BRIAN M. CAUBARREAUX

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONION
CAR & TRUCKING MODIFICATION,
LLC AND PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

48967D

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of **ZACHARY COUVILLION,** of the full age of majority, a resident of and

domiciled in the Parish of St. Landry, State of Louisiana, respectfully represents as follows, to-

wit:

1.

Made defendants herein are:

**DARRIN BENNETT,** who may be served Via Louisiana Long Arm
Statue at 3228 Illinois, Forth Worth, Texas 76102;

**ANTONIO CARE & TRUCK MODIFICATION, LLC.,** who may be
served Via Louisiana Long Arm Statue, at 1200 Summit Ave Ste. 740,
Forth Worth, Texas 76102; and

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY,**
who may be served Via Louisiana Long Arm Statue through their agent
for service of process: CT Corporation System 1999 Bryan Street, Suite
900, Dallas, Texas 75201-3136.

2.

Defendants are justly and truly indebted unto plaintiff herein, individually, jointly,

severally and in solido in an amount commensurate with the damages occasioned, together with

legal interest from the date of this demand and for all costs of these proceedings for the following

enumerated reasons, to-wit:

3.

On or about November 29, 2018, plaintiff, **ZACHARY COUVILLION**, was a guest

passenger in a 2016 Jeep Wrangler owned and operated by Billy Homan.

4.

At approximately 5:15 a.m., plaintiff, **ZACHARY COUVILLION,** was traveling on US

Highway 190, when suddenly, violently and without any warning, defendant-driver, **DARRIN**

**BENNETT,** who was driving a 2016 Kenworth truck struck the Couvillion vehicle in the rear.

5.

The acts or omissions of defendant-driver, **DARRIN BENNETT,** caused a collision, which resulted in plaintiff sustaining severe personal injuries for which he had to seek medical treatment.

6.

As a result of the aforesaid vehicular collision, plaintiff has sustained personal injuries to his mind, head, jaw, mouth, nose, neck, shoulders, back, arms and legs.

7.

At all times pertinent herein, plaintiff was free from fault in causing said accident; further, the said accident was solely and proximately caused by the negligence of the defendant-driver, **DARRIN BENNETT,** whose acts of negligence which include:

    A.    Driving a vehicle in an unsafe, reckless and dangerous manner;

    B.    Failing to be attentive and/or observe surrounding traffic;

    C.    Failing to stop;

    D.    Failing to see what should have been seen;

    E.    Following to closely; and

    F.    Failing to control his vehicle.

8.

As a result of the above and foregoing accident and resulting injuries **ZACHARY COUVILION** has suffered the following damages:  Pain and suffering (Past, present and future), Medical expenses (past, present and future), Mental anguish, humiliation and aggravation (past, present and future), loss of wages (past, present and future) loss of enjoyment of life (past, present and future) and permanent scarring and disfigurement and property damages.

9.

Plaintiffs show upon information and belief at the time of the accident defendant, **DARRIN BENNETT,** was in the course and scope of his employment with defendant **ANTONIO CAR & TRUCK MODIFICATION LLC.,** and pursuant to the theory of respondent superior, said employer is legally responsible for all negligent acts of **DARRIN BENNETT** resulting from the aforementioned accident.

10.

At all times pertinent herein, defendant, **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** was the liability insurer of **ANTONIO CAR & TRUCK MODIFCATION, LLC.,** and pursuant to a policy of insurance issued covering the vehicle owned by **ANTONIO CAR & TRUCK MODICATION, LLC** and operated by **DARRIN BENNETT ,** the said insurance company is individually, jointly, severally, concurrently and in solido responsible for any and all damages set forth herein by virtue of its contractual obligation to insure said defendant.

**WHEREFORE**, plaintiff prays that his petition be deemed good and sufficient and that the same be served upon defendants herein, ordering them to answer the allegations contained; that after all due legal delays and proceedings are had, that there be judgment in favor of plaintiff, **ZACHARY COUVILLION,** and against defendants, **DARRIN BENNETT, ANTONIO CAR & TRUCK MODICATION, LLC., AND PROGESSIVE COUNTY MUTUAL INSURANCE COMPANY,** individually, jointly and in solido, in an amount commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief necessary herein.

Respectfully Submitted:

BRIAN CAUBARREAUX AND ASSOCIATES

BY:_____

BRIAN M. CAUBARREAUX, #21522
EMILY GREMILLION MECHE, #31177
WESLEY ELMER, 23724
144 W. Tunica Drive
Post Office Box 129
Marksville, Louisiana 71351-0146
Telephone: 318/253-0900
**ATTORNEYS FOR PLAINTIFF, ZACHARY COUVILLION**

**SERVICE INFORMATION:**

**DARRIN BENNETT**
Via Louisiana Long Arm Statue
3228 Illinois, Forth Worth, Texas 76102

**ANTONIO CARE & TRUCK MODIFICATION, LLC.**
Via Louisiana Long Arm Statue
1200 Summit Ave Ste. 740
Forth Worth, Texas 76102

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
Via Louisiana Long Arm Statue
through their agent for service of process:
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR
& TRUCKING MODIFICATION AND
PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

## REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby

requested to give us written notice, by mail, ten (10) days in advance of the date fixed for trial of

this case, whether on exceptions, rules or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also

requested to send us immediate notice of any order of judgment made or rendered in this case,

upon entry of such order of judgment.

Respectfully Submitted:

BRIAN CAUBARREAUX AND ASSOCIATES

BY: _____

BRIAN M. CAUBARREAUX, #21522
EMILY GREMILLION MECHE, #31177
WESLEY ELMER, 23724
144 W. Tunica Drive
Post Office Box 129
Marksville, Louisiana 71351-0146
Telephone: 318/253-0900
ATTORNEYS FOR PLAINTIFF, ZACHARY
COUVILLION



Ian A. Macdonald
D: 337-593-7617
F:  337-593-7748
imacdonald@joneswalker.com

April 17, 2019

Hon. Lanell Swindler Landry
Pointe Coupee Parish Clerk of Court
P. O. Box 86
New Roads, LA 70760-0086

     Re:   Zachary Couvillion vs.
           Darrin Bennett, et al
           Docket No.:  48967-D
           Our File No.:  172394-00

Dear Sir/Madam:

    Enclosed are an original and one copy of Progressive County Mutual Insurance Company's Motion to Compel, Order, Rule 10.1 Certificate and Memorandum in Support of this matter.  Please present the original Jury Order to the appropriate judge for signature, file the originals in the record and return the copies to me stamped "filed" for my records.  Also enclosed is our firm's check in the amount of $250 to cover the cost of filing these documents.

                              Sincerely,

                              IAN A. MACDONALD

IAM\kbr
Enclosures
cc:    Brian M. Caubarreaux

{L0524415.1}

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.:  48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

### MOTION TO COMPEL

Defendant, Progressive County Mutual Insurance Company, moves, pursuant to La. Code Civ. P. art. 1469, to compel Plaintiff, Zachary Couvillion, to respond to Defendants' First Set of Interrogatories, Request for Production of Documents, and Request for Admissions and for reasonable attorney's fees in bringing this motion, because on February 22, 2019, Defendants propounded its First Set of Interrogatories, Request for Production of Documents, and Request for Admissions to Plaintiff (Exhibit "A").  On March 26, 2019 a reminder letter was sent to plaintiff's counsel advising of overdue discovery responses (Exhibit "B").  Furthermore, pursuant to Rule 10.1, on April 1, 2019 plaintiff's counsel was contacted by defendants' counsel to discuss the overdue discovery responses.  Notwithstanding the foregoing, Plaintiff has failed and/or refused to respond.

Respectfully submitted,

JONES WALKER LLP

BY:_____
        IAN A. MACDONALD (#17664)
        600 Jefferson Street, Suite 1600
        Post Office Box 3408
        Lafayette, Louisiana 70502
        (337) 593-7600

### C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 18 day of April, 2019.

_____
        IAN A. MACDONALD

ZACHARY COUVILLION                          18TH JUDICIAL DISTRICT COURT

VERSUS                                      DOCKET NO.:  48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                    POINTE COUPEE PARISH, LOUISIANA

**************************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

MAY IT PLEASE THE COURT:

      Defendant, Progressive County Mutual Insurance Company, moves, pursuant to La. Code Civ. P. art. 1469, to compel Plaintiff, Zachary Couvillion, to respond to Defendants' First Set of Interrogatories, Request for Production of Documents, and Request for Admissions and for reasonable attorney's fees in bringing this motion, because on February 22, 2019, Defendants propounded its First Set of Interrogatories, Request for Production of Documents, and Request for Admissions to Plaintiff (Exhibit "A").  On March 26, 2019 a reminder letter was sent to plaintiff's counsel advising of overdue discovery responses (Exhibit "B").  Furthermore, pursuant to Rule 10.1, on April 1, 2019 plaintiff's counsel was contacted by defendants' counsel to discuss the overdue discovery responses.  Notwithstanding the foregoing, Plaintiff has failed and/or refused to respond.

      Accordingly, Defendant has moved to compel Plaintiff's response, and has also requested reasonable attorney's fees and all costs associated with bringing this motion.  Defendant submits this memorandum in support of their motion.

      Louisiana law is very specific, a party has fifteen days within which to respond interrogatories and request for production of documents (La. Code Civ. P. art. 1441, 1458).  If a party fails to respond within these delays, the court is authorized to compel a response.  La. Code Civ. P. art. 1469.  If the motion is granted, the court in its discretion can award the moving party reasonable attorney's fees and court costs, unless it finds that the opposition to the motion was substantially justified or the other circumstances make an award of expenses unjust.

      Defendant submits there is no reasonable justification for Plaintiff's failure to respond.  Accordingly, Plaintiff should be compelled to respond, and Defendant should be awarded reasonable attorney's fees and all costs associated with this motion.

{L0524399.1}

Respectfully submitted,

JONES WALKER LLP

BY: _____
      IAN A. MACDONALD (#17664)
      600 Jefferson Street, Suite 1600
      Post Office Box 3408
      Lafayette, Louisiana 70502
      (337) 593-7600

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this ___ day of April, 2019.

_____
      IAN A. MACDONALD

ZACHARY COUVILLION                        18TH JUDICIAL DISTRICT COURT

VERSUS                                    DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                  POINTE COUPEE PARISH, LOUISIANA

**************************************************************************

### ORDER

    Considering the foregoing Motion;

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Zachary Couvillion,

show cause on the _____ day of _____, 2019, _____ o'clock ____.m., why

he should not be compelled to respond to Defendants' First Set of Interrogatories, Request for

Production of Documents, and Request for Admissions, and why Defendant should not be

awarded attorney's fees as prayed for.

    _____, Louisiana, this _____ day of _____, 2019.


                   _____
                        DISTRICT JUDGE


**PLEASE SERVE:**

Zachary Couvillion
Through attorney of record
Mr. Brian Caubarreaux
Attorney at Law
Brian Caubarreaux and Assosiates
144 West Tunica Drive
Marksville, LA  71351

ZACHARY COUVILLION                          18TH JUDICIAL DISTRICT COURT

VERSUS                                       DOCKET NO.:  48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                     POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

### RULE 10.1 CERTIFICATE

I, IAN A. MACDONALD, certify that pursuant to Rule 10.1 of the Uniform Rules of

Civil Procedure, I scheduled a telephone conference for April 1, 2019, with Brian Caubarreaux,

counsel for Plaintiff, for the purpose of amicably resolving the issues presented in Defendants'

discovery motion.  On April 1, 2019, I conferred with Plaintiff's counsel by telephone.  Plaintiff

has failed to respond to Defendants' discovery in this matter.

Lafayette, Louisiana, this _____ day of _____, 2019.

_____
IAN A. MACDONALD

{L0524399.1}



Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

February 22, 2019

***Via Certified Mail – RRR***
***7017 2400 0001 1459 8973***

Mr. Brian M. Caubarreaux
Brian Caubarreaux and Associates
144 West Tunica Drive
P. O. Box 129
Marksville, LA 71351

    Re: Zachary Couvillion vs.
      Darrin Bennett, et al
      Docket No.:  48967-D

Dear Mr. Caubarreaux:

   Enclosed are Progressive County Mutual Insurance Company's First Set of Interrogatories and Request for Production of Documents propounded to Zachary Couvillion in this matter.  Pursuant to La. Code Civ. P. art. 1474(B), I have retained the originals.

            Sincerely,

            IAN A. MACDONALD

IAM\jbc
Enclosures



EXHIBIT
**_A_**

{L0518014.1}

600 Jefferson Street, Suite 1600  |  Lafayette, LA 70501  |  T: 337.593.7600  |  F: 337.593.7601  |  joneswalker.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark Here

FEB 25 2019

JEFFERSON STATION

Postage $

Total Postage and Fees $

Sent To Brian M. Caubarreaux
Street and Apt. No., or PO Box No. P.O. Box 129
City, State, ZIP+4® Marksville, LA 71351

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0001 1459 8973

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Brian M. Caubarreaux
P.O. Box 129
Marksville, LA 71351

9590 9402 4242 8121 2910 62

2. Article Number (Transfer from service label)
7017 2400 0001 1459 8973

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                FEB 27 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ZACHARY COUVILLION                         18TH JUDICIAL DISTRICT COURT

VERSUS                                     DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                   POINTE COUPEE PARISH, LOUISIANA

*****************************************************************************

### FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS PROPOUNDED TO PLAINTIFF

TO:    Zachary Couvillion
       Through attorney of record,
       Mr. Brian M. Caubarreaux
       Brian Caubarreaux and Associates
       144 West Tunica Drive
       P. O. Box 129
       Marksville, LA 71351

       Defendant, Progressive County Mutual Insurance Company, requests that Zachary

Couvillion answer the following interrogatories, request for production of documents and request

for admissions separately and fully, in writing and under oath, within thirty (30) days from the

date of service, in accordance with La. Code Civ. P. art. 1458.

A. DEFINITIONS AND INSTRUCTIONS

(1)    "Person" or "Person" means natural persons, corporations, partnerships, sole
       proprietorships, unions, associations, federations or any other kind of entity.

(2)    When used with respect to an individual, the words "identify" or "describe" mean
       to state with respect to such individual:

       (a)    His or her name;

       (b)    His or her last known home address and telephone number;

       (c)    His or her business address and telephone number;

       (d)    The name and address of his or her employer; and

       (e)    His or her relationship to you.

(3)    When used with respect to a business or organization, the words "identify" or
       "describe" mean to state its full business name, nature of the organization (ex.
       corporation, partnership, joint venture, etc.), its place of incorporation, its
       principal place of business, and its present or last known mailing address, if
       different.

(4)    "Document" means any printed, typewritten, handwritten or otherwise recorded
       matter of whatever character, including, but not limited to, letters, purchase
       orders, memoranda, telegrams, notes, catalogs, brochures, diaries, reports,
       calendars, interoffice communications, e-mails, statements, announcements,
       photographs, tape recordings, motion pictures and any carbon or photostatic
       copies of any such material if you do not have custody or control of the original.

{L0518006.1}

(5)    When used with respect to any document, the words "identify" or "describe" mean to state the type of document, the author and addressee, their business affiliation and titles, the date and form of the document, the present location and custodian of the document and a description of its content.

(6)    When used with respect to oral communications, the words "identify" or "describe" mean to state exactly what was said, where it was said, when it was said, by whom and to whom it was said, including the names of each person present.

(7)    When used with respect to a meeting, conference, conversation or discussion, the words "identify" or "describe" mean to state its place, the date, the individuals present, including business affiliations and positions, the subject matter discussed, whether any documents describing or referring to such a meeting exist, and identifying data relative to such documents.

(8)    Whenever the words "the Accident" are used, they refer to the November 29, 2018 accident referenced in your Petition.

(9)    Whenever the words "you" or "your" are used in these interrogatories, they refer to plaintiff, Zachary Couvillion.

If you object to any interrogatory propounded or request for documents on the ground that it requests information that falls within the attorney/client privilege or is protected by the work product doctrine or for any other reason, please provide the following information as to each objection:

(a)    The nature of the privilege or doctrine you claim is applicable and the reason you invoke it;

(b)    If a document is involved, identify the document (as described above) and each and every person known by you to have seen the document; and

(c)    If an oral communication is involved, identify the communication (as described above) and identify each and every person known by you to whom the substance of the communication has been disclosed.

INTERROGATORY NO. 1:

Please identify the person(s) answering these interrogatories including, without limitation, the person(s) who furnished you with any information whatsoever or with whom you consulted in drafting your answers to these interrogatories.

RESPONSE:


INTERROGATORY NO. 2:

If you have refreshed your recollection in order to answer these interrogatories through the use of any document, please identify each and every document.

RESPONSE:

{L0518006.1}

INTERROGATORY NO. 3:

Please state your:

(a)  Full name;
(b)  Any other names/nicknames you are known by;
(c)  Current residence address and each residence where you have resided over the past ten (10) years;
(d)  Current business address;
(e)  Exact date of birth;
(f)  Place of birth;
(g)  Social Security number;
(h)  Name and address of your current employer and each employer for whom you have worked over the past ten (10) years, the dates of employment of each place, the position held in the employment, the approximate wage or salary paid for the employment, and the name and address of your immediate supervisor;
(i)  Marital status.
(j)  Medicare/Medicaid number.

RESPONSE:


INTERROGATORY NO. 4:

Please identify any healthcare provider including, but not limited to, any physician, physical therapist, chiropractor, dentist you have seen since the day of the Accident, and for each person identified, state the date or dates you were seen, and that person's diagnosis.

RESPONSE:


INTERROGATORY NO. 5:

Please itemize each and every medical expense you allegedly incurred in connection with the Accident.

RESPONSE:


INTERROGATORY NO. 6:

Please itemize each and every other expense you have allegedly incurred in connection with the Accident.

RESPONSE:


INTERROGATORY NO. 7:

Please itemize and quantify every item of damage you claim to have sustained as a result of the Accident.

RESPONSE:

{L0518006.1}

INTERROGATORY NO. 8:

Please list each and every day of work you have missed since the Accident, and for each and every day of work missed, please state:

    A.    The amount of wages and benefits lost;

    B.    Whether sick leave, comp time or vacation pay was used;

    C.    Whether you filed a request for leave application with your employer;

    D.    The employer's name, address and phone number.

RESPONSE:


INTERROGATORY NO. 9:

Have you required medical treatment for conditions or injuries sustained prior to or subsequent to the Accident?  If so, please:

    (a)    Describe the injury and/or conditions treated.
    (b)    Identify the person who treated you.
    (c)    State the date of the treatment.

RESPONSE:


INTERROGATORY NO. 10:

Please identify each and every medical provider, hospital, pharmacy, therapist, chiropractor, diagnostic facility, social worker, psychologist, psychiatrist and/or any other healthcare worker you have seen in the ten years immediately preceding this Accident and for each please:

    (a)    Describe the injury and/or conditions treated.
    (b)    Identify the person who treated you.
    (c)    State the date of the treatment.

RESPONSE:


INTERROGATORY NO. 11:

Identify every document which supports your claim that you were injured as a result of the Accident.

RESPONSE:

INTERROGATORY NO. 12:

Identify every document that supports your claim for damages in this matter including, but not limited to, your claim for medical expenses, lost wages and lost earning capacity.

RESPONSE:

INTERROGATORY NO. 13:

Please list each and every person whom you know and/or believe to have knowledge regarding the Accident or the damages you claim to have sustained as a result of the Accident.

RESPONSE:

INTERROGATORY NO. 14:

Please identify each and every person interviewed by you or on your behalf concerning the Accident and/or facts relevant to this litigation.

RESPONSE:

INTERROGATORY NO. 15:

If you have ever been convicted of any crimes (felonies or misdemeanors), please describe the offense or offenses, when and where committed, and under what name or names you were convicted or pled guilty, and when and in what city, county or parish and state.

RESPONSE:

INTERROGATORY NO. 16:

State the name and address of any expert or experts consulted by you, your attorney or other representative with respect to any of the issues in this case, indicating on what issue or issues was each such expert consulted and provide his or her field of expertise.

RESPONSE:

INTERROGATORY NO. 17:

Identify each legal action in which you have been a party.

RESPONSE:

INTERROGATORY NO. 18:

Describe in detail how you contend the Accident occurred.

RESPONSE:


INTERROGATORY NO. 19:

Please provide the names, addresses and policy numbers of any of your health insurance carriers for the last ten years?

RESPONSE:


INTERROGATORY NO. 20:

Please provide the name(s), address(es) and telephone number(s) of any and all pharmacy(ies) which you have filled prescriptions at in the past ten (10) years.

RESPONSE:


INTERROGATORY NO. 21:

Are you presently or have you ever received Medicaid or Medicare benefits?  If so, please state the following:

    (a)    The provider of benefits;

    (b)    The date(s) benefits were received; and

    (c)    The amount of benefits paid.

RESPONSE:


INTERROGATORY NO. 22:

Have you filed a claim in bankruptcy court within the past seven (7) years?  If so, please state the following:

    (a)    The date such claim was filed;

    (b)    The court in which the claim was filed; and

    (c)    The disposition of those proceedings.

RESPONSE:

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

Please produce each and every request for payment you have received in connection with your medical treatment you allege is associated with the Accident.

RESPONSE:


REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:

Please produce each and every document which refers, directly or indirectly, to the medical treatment you allege is related to the Accident.

RESPONSE:


REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:

Please produce any and all documents related to any other costs and/or expenses you allegedly incurred or which have been incurred on your behalf in connection with the Accident.

RESPONSE:


REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:

Please produce your signed federal state and income tax returns for the years 2016, 2015, 2014, 2013 and 2012.

RESPONSE:



REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:

Please produce any and all records evidencing income of any nature either earned or received by you or anyone on your behalf from January, 2012, until the date you answer these interrogatories.

RESPONSE:


REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:

Please produce any and all documents identified in response to Interrogatory No. 2.

RESPONSE:

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

Please produce any and all documents identified in response to Interrogatory No. 11.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

Please produce any and all documents identified in response to Interrogatory No. 12.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9:**

Please produce any and all documents you intend to introduce as exhibits at the trial in this matter.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

Please produce a copy of the front and reverse side of your driver's license.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11:**

Please provide proof of any other insurance providing coverage for the damages you claim to have sustained as a result of this Accident.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:**

Please produce a copy of the certificate certifying your marriage to your spouse.

RESPONSE:


**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 13:**

Please execute and return the enclosed:

(a)     Employment Authorization;

(b)     Walgreen's Authorization;

{L0518006.1}

(c)    Wal-Mart Pharmacy Authorization;

(d)    Written Authorization to Use or Disclose Protected Health Information;

(e)    Request for Copy of Tax Return;

(f)    Social Security Administration Consent for Release of Information; and

(g)    Request for Social Security Earnings Information.

RESPONSE:


REQUEST FOR ADMISSIONS NO. 1:

Admit that you are not scheduled for any surgery.

RESPONSE:


REQUEST FOR ADMISSIONS NO. 2:

Admit that a doctor has related the need for surgery for an injury caused by the accident which resulted in this litigation.

RESPONSE:


REQUEST FOR ADMISSIONS NO. 3:

Admit or deny that your damages exceed $75,000.

RESPONSE:


Respectfully submitted,

JONES WALKER LLP

BY: _____

IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
P. O. Drawer 3408
Lafayette, LA 70502-3408
(337) 593-7600

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _22nd_ day of February, 2019.

_____
IAN A. MACDONALD

## EMPLOYMENT AUTHORIZATION

**NAME:**_____

**SOCIAL SECURITY NUMBER:** _____

TO WHOM IT MAY CONCERN:

  This will authorize the bearer, or Jones Walker, including any partner, associate, or other employee thereof, to obtain a certified, complete copy of all personnel records, including, but not limited to, the following:  requirements of position(s) applied for; employment application; resume(s) with cover letter; documentation of reference checks; notes or records regarding interviews; records pertaining to the payment and/or reimbursement of travel expenses; personnel files; documents referring to or describing any and all benefits, including, but not limited to, health insurance or any other type of insurance; payroll records; disciplinary records; and performance evaluations.  I hereby agree that a photostatic copy of this authorization may serve as an original.

_____
SIGNATURE

DATE:_____

{L0037285.1}

**The Pharmacy America Trusts®**

Walgreens Custodian of Records Department, 1901 East Voorhees Street PO Box 4039, MS #735, Danville, Illinois 61834 Phone
217.554.8949

Patient Name: _____     Phone: _____ ( )_____

Known a/k/a's: _____     Date of Birth: _____

Address: _____

Past Address(es): _____

**Person/organization authorized to receive information from Walgreens:**

Company:   JONES WALKER

Address:   ATTN: IAN MACDONALD   PO BOX 3408  LAFAYETTE, LA, 70502

**Describe the information that you are asking us to release:** Prescription History.

List Specific Date Range (if Applicable) _____

**List the specific purpose for requesting this information:** At the patient's request.

**Expiration Date: (1) One year from date of signature unless otherwise specified.**

**Information regarding this Authorization:**

- You have the right to revoke this Authorization, in writing to Walgreens Privacy Off
  at any time.  The revocation is only effective after it is received and logged by
  Walgreens.  Any use or disclosure made prior to a revocation is not included as part o

- Refer to our Notice of Privacy Practices for permitted uses and disclosures of protecte
  health information ("PHI").  You may obtain a copy of this Notice from the Privacy
  Office or on www.walgreens.com.  Please keep a copy of this authorization for your

- Once PHI is disclosed to others, it may be redisclosed by them to persons or entities
  that are not subject to the privacy regulations, which means that the PHI may no longe
  be protected by regulations.

- Privacy regulations prohibit the conditioning of treatment, payment, enrollment,
  or eligibility for benefits on signing this Authorization.

- This Authorization must be signed and dated by the patient or signed and dated by the
  patient's personal representative to include a description of that person's ability to act
  on behalf of the patient and proper documentation.

**Signature:**

I. _____ by signing below, authorize Walgreens to use or disclos
my protected health information as described above.

_____

Signature of Patient or Authorized Representative (State relationship)          Date



## CVS/pharmacy AUTHORIZATION FORM
### One CVS Drive, Woonsocket, RI 02895
### Fax (401) 652-1593

PATIENT REQUESTING DISCLOSURE

Name: _____
Address: _____
Address: _____
Date of Birth _____

I hereby authorize CVS/pharmacy to disclose my Patient Prescription Record (PPR), reflecting information regarding my pharmacy services as set forth below:

1.  My Patient Prescription Record (PPR), may be disclosed to the following person(s):
    Name:    Ian A. Macdonald/ Jones Walker LLP
    Address:  P.O. Box 3408
    Address: Lafayette, LA 70502

2.  I understand that I may revoke this authorization at any time by writing to CVS/pharmacy Privacy Office, 1 CVS Drive, Woonsocket, RI 02895, or fax to 1-401-652-1593, except to the extent that CVS/pharmacy has taken action in reliance on this authorization.

3.  I understand that I am signing this Authorization of my own free will and that this authorization will not affect my ability to obtain treatment from the Pharmacy. I hereby state that this disclosure is at my request. A photocopy or facsimile of this signed authorization is as valid as the original and will be accepted.

4.  I understand that if the person or entity that receives my PPR is not required to comply with the federal privacy regulations, the information described above may be redisclosed and would no longer be protected by those regulations.

5.  This Authorization will expire 6 months from the dated signature on this authorization unless otherwise indicated here _____

_____    _____
Signature of Patient or Personal Representative*                Date

*To the patient's personal representative, explain your authority to act on behalf of the patient: _____
_____
_____
_____

PPRAUTH.doc revised 02/26/03

# Authorization to Release Private Health Information    Walmart

## Legal

HIPAA Team

*Save money. Live better.*
702 SW 8th Street
Bentonville, AR 72716-0215
Phone 479.273.4505
Fax 479.204.9655
rxlegal@walmartlegal.com

### Section 1: Patient Information

| Patient Name: | | | Date of Birth: |
|---|---|---|---|
| Address: | | | |
| City: | State: | Zip: | Phone: |

### Section 2: Requestor and Purpose    (If to be released to patient check here ☐ and continue with Section 3)

| Individual or Entity: Jones Walker | Person Receiving Information: Ian A. Macdonald |
|---|---|

Address: P. O. Box 3408

| City Lafayette | State: LA | Zip: 70502 | Phone: (337) 262-9000 |
|---|---|---|---|

Purpose of Release:   ☐ Patient Request    ☒ Legal/Attorney Letter      ☐ Insurance       ☐ Housing

### Section 3: Information to be Released (Check All That Apply)

I authorize Walmart to release of the following health information:
☐ Medical Expenses Summary (List of all prescriptions with expense information)
☒ Designated Record Set (Entire medical record maintained by the pharmacy)
☐ Specific Prescription(s): _____
☐ One Line Summary (total number of prescriptions and out-of-pocket expenses)
For the following dates of service:
☒ All dates of service   ☐ From _____ to _____

From the following facilities:
☒ All locations where I have had prescriptions filled
☐ Only the following location(s) (include city and state): _____

### Section 4: Expiration Date or Event

This authorization will remain in effect
☐ Until the following date: _____
☐ Until the following event occurs: _____
☒ Until one year from the date of my signature below.

### Section 5: Understandings

(a) I understand that signing this authorization is voluntary.  Receipt of pharmacy services will not be conditioned upon my authorization of this disclosure. (45 C.F.R. 164.508(c)(2)(ii))

(b) I understand that if I authorize the release of my health information to a recipient who is not legally required to keep it confidential, the information may be redisclosed and may no longer be protected by federal or state privacy laws.  (45 C.F.R. 164.508(c)(2)(iii))

(c) I have the right to revoke this authorization in writing at any time by notifying the Walmart Legal Department.  The revocation will not apply to the extent that (i) Walmart has already released health information based on this authorization or (ii) this authorization was obtained as a condition to the patient obtaining insurance or for an insurer to contest a claim. (45 C.F.R. 164.508(c)(2)(i))

(d) I understand that by signing below I authorize the release of records that may include: HIV/AIDS related information and or records; Mental Health Information and or records; Drug/Alcohol Diagnosis and Treatment Information; Pregnancy and Family Planning Information; Sexually Transmitted Disease Information.

### Section 6:  Signature and Date

_____          _____
Signature of Patient or Personal Representative          Date

If you have signed this as a legally authorized representative of the patient, please print your name and relationship to the patient below.  If your relationship is anything other than parent, please include documentation of your authority to sign for the patient's records.

_____          _____
Name of Personal Representative (please print)          Relationship to Patient  (parent, guardian, etc.)

# PROTECTED HEALTH INFORMATION

I hereby authorize _____

to use or disclose the following protected health information from the medical records of the patient l
below.  I understand that information used or disclosed pursuant to this authorization could be subjec
redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentialit

Patient Name: _____
Social Security No.: _____
Date of Birth: _____

Information to be disclosed to:

**JONES WALKER**
**c/o Ian A. Macdonald**
**Attorney at Law**
**P. O. Drawer 3408**
**Lafayette, LA 70502**

Disclose the following information for treatment dates:      __All Dates__

☒Complete Records ☐Consult ☐Physical Therapy
☐Abstract ☐Outpatient Reports ☐Emergency Reports
☐Face Sheet ☐X-Ray ☒Billing Records
☐Discharge Summary ☐Laboratory ☐Other Specified
☐History & Physical ☐Pathology ☐_____

The above information is disclosed for the following purposes:

☐Medical Care ☒Legal ☐Insurance ☐Personal ☐Other _____

I understand I may revoke this authorization at any time by requesting such of the above referenc
hospital/physician practice in writing, unless action has already been taken in reliance upon it, or during
contestability period under applicable law.  Treatment, payment, enrollment or eligibility for benefits is r
conditioned upon my signing this authorization.

This release does not, however, authorize verbal communications by the health care provider to the requesti
party.

I also authorize a photostatic copy of this release to serve as an original, and that this authorization shall l
valid and effective unless it is revoked by me in writing.

_____
*Initials*      **I acknowledge, and hereby consent to such, that the released information may contain**
**alcohol and drug abuse, psychiatric, HIV or genetic information.**

This authorization expires on the following date: _____

_____          _____
Signature of Patient or Legal Representative          Date

_____          _____
Printed name of patient or patient's representative          Relationship to patient or authority to act for patient
*Pursuant to HIPAA Private Rule §164.508*

{L0067289.1}

Form **4506**

(Rev. January 2010)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

OMB No. 1545-0429

➤ Request may be rejected if the form is incomplete or illegible.

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, the should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcri provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage compan requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Previous address shown on the last return filed if different from line 3

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

**Caution.** *If the tax return is being mailed to a third party, ensure that you have filled in line 6 and line 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy.*

6  **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ➤

Note. *If the copies must be certified for court or administrative proceedings, check here* . . . . . . . . . . . . . . . . ☐

7  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 8 | **Fee.** There is a $57 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order. | | |
|---|---|---|---|
| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . | $ | 57.00 |
| b | Number of returns requested on line 7 . . . . . . . . . . . . . . | | |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . | $ | |
| 9 | If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . . | | ☐ |

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note. *For tax returns being sent to a third party, this form must be received within 120 days of signature date.*

Telephone number of taxpayer on line 1a or 2a

**Sign Here**

➤  Signature (see instructions)                              Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

➤  Spouse's signature                                        Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 1-2010)

Form 4506 (Rev. 1-2010)

## General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can call 1-800-829-1040 to order a transcript through the automated self-help system. Follow prompts to "questions about your tax account" to order a tax return transcript.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different RAIVS teams, send your request to the team based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Florida, Georgia, North Carolina, South Carolina | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

## Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor, you may complete this form to release only the minor's non-medical records. If you are requesting information for a purpose not directly related to the administration of any program under the Social Security Act, a fee may be charged.

NOTE:  Do not use this form to:

- Request us to release the medical records of a minor.  Instead, contact your local office by calling 1-800-772-1213 (TTY-1-800-325-0778), or

- Request information about your earnings or employment history.  Instead, complete form SSA-7050-F4 at any Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

## How to Complete this Form

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "all records" or the "entire file."  You must specify the information you are requesting and you must sign and date this form.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the information applies.

- Fill in the name and address of the individual (or organization) to whom you want us to release your information.

- Indicate the reason you are requesting us to disclose the information.

- Check the box(es) next to the type(s) of information you want us to release including the date ranges, if applicable.

- You, the parent or legal guardian acting on behalf of a minor, or the legal guardian of a legally incompetent adult, must sign and date this form and provide a daytime phone number where you can be reached.

- If you are not the person whose information is requested, state your relationship to that person.  We may require proof of relationship.

## PRIVACY ACT  STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  The information you provide will be used to respond to your request for SSA records information or process your request when we release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent.

We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information.  However, in accordance with 5 U.S.C. § 552a(b) of the Privacy Act, we may disclose the information provided on this form in accordance with approved routine uses, which include but are not limited to the following: 1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and/or coverage; 2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; 3. To comply with Federal laws requiring the disclosure of the information from our records; and, 4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  Information from these matching programs can be used to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Additional information regarding this form, routine uses of information, and other Social Security programs are available from our Internet website at www.socialsecurity.gov  or at your local Social Security office.

## PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions  SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at www.socialsecurity.gov.  Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to:  SSA, 6401 Security Blvd., Baltimore, MD 21235-6401 Send only comments relating to our time estimate to this address, not the completed form.

Form SSA-3288  (07-2010) EF (07-2010) Destroy Prior Editions

Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

*SSA will not honor this form unless all required fields have been completed (\*signifies required field).*

TO:  Social Security Administration

_____    _____    _____
*Name                                      *Date of Birth                    *Social Security Number

I authorize the Social Security Administration to release information or records about me to:

*NAME                                         *ADDRESS

_____    _____
_____    _____
_____    _____

*I want this information released because:
*There may be a charge for releasing information.*

_____
_____

*Please release the following information selected from the list below:
*You must check at least one box.  Also, SSA will not disclose records unless applicable date ranges are included.*

☐ Social Security Number

☐ Current monthly Social Security benefit amount

☐ Current monthly Supplemental Security Income payment amount

☐ My benefit/payment amounts from _____ to _____

☐ My Medicare entitlement from _____ to _____

☐ Medical records from my claims folder(s) from _____ to _____
*If you want SSA to release a minor's medical records, do not use this form but instead contact your local SSA office.*

☐ Complete medical records from my claims folder(s)

☐ Other record(s) from my file (e.g. applications, questionnaires, consultative examination reports, determinations, etc.) _____

I am the individual to whom the requested information/record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury in accordance with 28 C.F.R. § 16.41(d)(2004) that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.

*Signature _____    *Date _____

Relationship (if not the individual): _____    *Daytime Phone _____

Form SSA-3288 (07-2010) EF (07-2010)

Social Security Administration

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

**Use This Form If You Need**

1. **Certified/Non-Certified Detailed Earnings Information**

   Includes periods of employment or self-employment and
   the names and addresses of employers

   **OR**

2. **Certified Yearly Totals of Earnings**

   Includes total earnings for each year but does not include
   the names and addresses of employers.

> DO NOT USE THIS FORM FOR:
>
> Non-certified yearly totals of earnings
>
> This service is free to the public.
>
> These totals can be obtained by calling
> 1-800-772-1213 to receive Form SSA-7004,
> Request for Social Security Statement

---

**PRIVACY ACT NOTICE:** We are authorized to collect this information under section 205 of the Social Security Act, and
the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you
request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as
amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display
a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the
instructions, gather the facts, and answer the questions. *Send only comments relating to our time estimate above to:* SSA,
6401 Security Blvd, Baltimore, MD 21235-6401.

---

## INFORMATION ABOUT YOUR REQUEST

- **How Do I Get This Information?**

  You need to complete the attached form to tell us
  what information you want.

- **Can I Get This Information For Someone Else?**

  Yes, if you have their written permission. For
  more information, see page 3.

- **Who Can Sign On Behalf Of The Individual?**

  The parent of a minor child, or the legal guardian of
  an individual who has been declared legally
  incompetent, may sign if he/she is acting on behalf
  of the individual.

- **Is There A Fee For This Information?**

- **1. Certified/Non-Certified Detailed
  Earnings Information**

  Yes, we usually charge a fee for detailed
  information. In most cases, this information is used
  for purposes NOT directly related to Social
  Security such as for a private pension plan or
  personal injury suit. The fee chart on page 3 gives
  the amount of the charge.

  Sometimes, there is no charge for detailed
  information. If you have reason to believe your
  earnings are not correct (for example, you have
  previously received earnings information from us

and it does not agree with your records), we
will supply you with more detail for the period
in question. Occasionally, earnings amounts
are wrong because an employer did not
correctly report earnings or earnings are
credited to the wrong person. In situations like
these, we will send you detailed information, at
no charge, so we can correct your record.

Be sure to show the year(s) involved on the
request form and explain why you need the
information. If you do not tell us why you need
the information, we will charge a fee.

We will certify the detailed earnings information
for an additional fee of $15.00. Certification is
usually not necessary unless you plan to use the
information in court.

- **2. Certified Yearly Totals of Earnings**

  Yes, there is a fee of $15 to certify yearly totals
  of earnings. Certification is usually not
  necessary unless you plan to use the information
  in court.

- **3. Method of Payment**

  Enclose a check or money order for the entire
  fee required. Payment can also be made by
  credit card. To do so, complete page 4 of this
  form and return it with your request form.

---

Form SSA-7050-F4 (07-2010) EF (07-2010)
Destroy prior editions

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Name _____    Social Security Number _____

   Other Name(s) Used
   (Include Maiden Name) _____    Date of Birth
   (Mo/Day/Yr) _____

2. What kind of information do you need?

   ☐  **Detailed Earnings Information**        For the period(s)/year(s): _____
      (If you check this block, tell us below
      why you need this information.)

      _____

      _____

   ☐  **Certified Yearly Totals of Earnings**      For the year(s): _____
      (Check this box only if you want the information
      certified. Otherwise, call 1-800-772-1213 to
      request Form SSA-7004, Request for Social
      Security Statement)

3. If you owe us a fee for this detailed earnings information, enter the amount due
   using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . A. $ _____

   Do you want us to certify the information?        ☐ Yes    ☐ No

      If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . B. $ _____

   ADD the amounts on lines A and B, and
   enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . C. $ _____

   - You can pay by CREDIT CARD by completing and returning the form on page 4, or
   - Send your CHECK or MONEY ORDER for the amount on line C with the request and
     make check or money order payable to "Social Security Administration"
   - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that
   individual). I understand that any false representation to knowingly and willfully obtain information from
   Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here
         (Do not print)  >  _____    Date _____

   Daytime Phone Number  _____ _____
                          (Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

   Name _____    Address _____

   City, State & Zip Code _____

6. Mail Completed Form(s) To:           Exception: If using private contractor (e.g., FedEx) to mail form(s) use:

   Social Security Administration         Social Security Administration
   Division of Earnings Record Operations    Division of Earnings Record Operations
   P.O. Box 33003                  300 N. Greene St.
   Baltimore, Maryland  21290-3003        Baltimore, Maryland  21290-0300

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

How Much Do I Have to Pay For Detailed Earnings?

1  Count the number of years for which you need detailed earnings information. Be sure to add in both the first and last year requested. However, do not add in the current calendar year since this information is not yet available.

2  Use the chart below to determine the correct fee

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | 55.50 | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | 24 | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

**For Requests Over 40 Years, Please Add 1 Dollar for Each Additional Year.**

- **Whose Earnings Can Be Requested**

  **1. Your Earnings**

  You can request earnings information from your own record by completing the attached form; we need your handwritten signature. If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

  **2. Someone Else's Earnings**

  You can request earnings information from the record of someone else if that person tells us in writing to give the information to you. This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

  **3. A Deceased Person's Earnings**

  You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse of divorced parent), or an individual with a material interest (example-financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

  Proof of death must be included with your request. Proof of appointment as representative or proof of your relationship to the deceased must also be included.

## YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply.
You may also pay by check or money order.

Please fill in all the information below and return
this form along with your request to:

    Social Security Administration
    Division of Earnings Record Operations
    P.O. Box 33003
    Baltimore, Maryland  21290-3003

Exception:

If using private contractor (e.g., FedEx) to mail forms), use

    Social Security Administration
    Division of Earnings Record Operations
    300 N. Greene St.
    Baltimore, Maryland  21290-0300

**Note: Please read Paperwork/Privacy Act Notice**

CHECK ONE →
- ☐ Visa
- ☐ MasterCard
- ☐ American Express
- ☐ Discover
- ☐ Diners Card

Credit Card Holder's Name →
(Enter the name from the credit card)
    First Name, Middle Initial, Last Name

Credit Card Holder's Address →
    Number & Street
    City, State, & Zip Code

Daytime Telephone Number →
    Area Code    Telephone Number

Credit Card Number →

Credit Card Expiration Date →
    Month    Year

Amount Charged →  $

Credit Card Holder's Signature →

### DO NOT WRITE IN THIS SPACE
### OFFICE USE ONLY

Authorization

Name | Date

Remittance Control #

### PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security Office

# JONES WALKER

Ian A. Macdonald
D: 337-593-7617
F: 337-593-7601
imacdonald@joneswalker.com

March 26, 2019

*Via Facsimile*

Mr. Brian M. Caubarreaux
Brian Caubarreaux and Associates
144 West Tunica Drive
P. O. Box 129
Marksville, LA 71351

   RE: Zachary Couvillion vs.
     Darrin Bennett, et al
     Docket No.:  48967-D

Dear Mr. Caubarreaux:

   Progressive County Mutual Insurance Company's First Set of Interrogatories and Request for Production of Documents propounded to Zachary Couvillion are now overdue in this matter.  Pursuant to Rule 10.1 of the Uniform Rules for civil proceedings in district court, I would like to conduct a telephone conference with you to amicably resolve the issues.  I will initiate the call on April 1, 2019 at 9:00 a.m. If this presents a conflict for you, please contact my office with alternative dates and times.

        Sincerely,

        Ian A. Macdonald

IAM/kbr



{L0521713.1}

# JONES WALKER

# Fax

| | | | |
|---|---|---|---|
| **FROM:** | Ian A. Macdonald | **DATE:** | March 26, 2019 |
| **PHONE:** | 337.593.7617 | **REFERENCE:** | 172394-00 |
| **NO. OF PAGES (including cover):** | 2 | | |

| **TO:** | **FAX NO.:** | **PHONE:** |
|---|---|---|
| Brian M. Caubarreaux<br>Brian Caubarreaux and Associates | 318-253-5666 | 318-253-0900 |

**COMMENTS:**

Please call us if all pages are not received.

ORIGINAL DOCUMENTS: Will follow by ☐ mail  ☐ courier – OR - ☒ Will not follow unless requested.

600 Jefferson Street, Suite 1600  |  Lafayette, LA 70501  |  T: 337.593.7600  |  F: 337.593.7601  |  **joneswalker.com**

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2984 |
| RECIPIENT ADDRESS | 6105=17239400=13182535666= |
| DESTINATION ID | |
| ST. TIME | 03/26 10:09 |
| TIME USE | 01'20 |
| PAGES SENT | 2 |
| RESULT | OK |

JONES WALKER

# Fax

| | | | |
|---|---|---|---|
| FROM: | Ian A. Macdonald | DATE: | March 26, 2019 |
| PHONE: | 337.593.7617 | REFERENCE: | 172394-00 |

NO. OF PAGES (including cover): 2

| TO: | FAX NO.: | PHONE: |
|---|---|---|
| Brian M. Caubarreaux<br>Brian Caubarreaux and Associates | 318-253-5666 | 318-253-0900 |

COMMENTS

Please call us if all pages are not received.

ORIGINAL DOCUMENTS Will follow by ☐ mail ☐ courier – OR - ☒ Will not follow unless requested.

# NOTICE OF ASSIGNMENT
### 18TH JUDICIAL DISTRICT COURT
### PARISH OF POINTE COUPEE
### STATE OF LOUISIANA


**ZACHARY COUVILLION**

**VERSUS 48967 - D**

**DARRIN BENNETT ET AL**


THIS IS TO ADVISE YOU THAT THE HONORABLE ELIZABETH A. ENGOLIO, JUDGE, ASSIGNED THE ABOVE NUMBERED AND ENTITLED CASE FOR:

**MOTION TO COMPEL**
**ON FRIDAY, MAY 31, 2019, 9:30 A.M.**

TO BE HELD IN THE POINTE COUPEE PARISH COURTHOUSE AT NEW ROADS, LOUISIANA.

CLERK OF COURT'S OFFICE, NEW ROADS, LOUISIANA, MAY 6, 2019.

LANELL SWINDLER LANDRY
CLERK OF COURT
P.O. DRAWER 38
NEW ROADS, LA  70760

BY: _____
      DEPUTY CLERK OF COURT

TO:    JUDGE'S OFFICE

IAN MACDONALD
P.O. BOX 3408
LAFAYETTE, LA  70502

BRIAN CAUBARREAUX
144 WEST TUNICA DRIVE
MARKSVILLE, LA  71351

| ZACHARY COUVILLION | 18TH JUDICIAL DISTRICT COURT |
| | |
| VERSUS | DOCKET NO.: 48967-D |
| | |
| DARRIN BENNETT, ANTONIO CAR & TRUCK MODIFICATION, LLC AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | POINTE COUPEE PARISH, LOUISIANA |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO COMPEL

Defendant, Progressive County Mutual Insurance Company, moves, pursuant to La. Code Civ. P. art. 1469, to compel Plaintiff, Zachary Couvillion, to respond to Defendants' First Set of Interrogatories, Request for Production of Documents, and Request for Admissions and for reasonable attorney's fees in bringing this motion, because on February 22, 2019, Defendants propounded its First Set of Interrogatories, Request for Production of Documents, and Request for Admissions to Plaintiff (Exhibit "A"). On March 26, 2019 a reminder letter was sent to plaintiff's counsel advising of overdue discovery responses (Exhibit "B"). Furthermore, pursuant to Rule 10.1, on April 1, 2019 plaintiff's counsel was contacted by defendants' counsel to discuss the overdue discovery responses. Notwithstanding the foregoing, Plaintiff has failed and/or refused to respond.

Respectfully submitted,

JONES WALKER LLP

BY: _____
IAN A. MACDONALD (#17664)
600 Jefferson Street, Suite 1600
Post Office Box 3408
Lafayette, Louisiana 70502
(337) 593-7600

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____ day of April, 2019.

_____
IAN A. MACDONALD

{L0524399.1}

ZACHARY COUVILLION                        18TH JUDICIAL DISTRICT COURT

VERSUS                                    DOCKET NO.:  48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                  POINTE COUPEE PARISH, LOUISIANA

*******************************************************************************

### ORDER

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Zachary Couvillion,

show cause on the ___31 ST___ day of ___May___, 2019, ___9:30___ o'clock ___a___.m., why

he should not be compelled to respond to Defendants' First Set of Interrogatories, Request for

Production of Documents, and Request for Admissions, and why Defendant should not be

awarded attorney's fees as prayed for.

___Plaquemine___, Louisiana, this ___24th___ day of ___April___, 2019.

_Elizabeth A. Engolio_
DISTRICT JUDGE
Elizabeth A. Engolio, Judge

**PLEASE SERVE:**

Zachary Couvillion
Through attorney of record
Mr. Brian Caubarreaux
Attorney at Law
Brian Caubarreaux and Assosiates
144 West Tunica Drive
Marksville, LA  71351

ATTEST A TRUE CERTIFIED COPY
5-4-19
DATE FILED    5-3-19
DY. CLERK OF COURT
POINTE COUPEE PARISH
NEW ROADS, LOUISIANA

{L0524399.1}

# JONES WALKER

Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

May 17, 2019

Hon. Lanell Swindler Landry
Pointe Coupee Parish Clerk of Court
P. O. Box 86
New Roads, LA 70760-0086

      Re:    Zachary Couvillion vs.
             Darrin Bennett, et al
             Docket No.: 48967-D
             Our File No.: 172394-00

Dear Sir/Madam:

    Please set aside the motion to compel in this matter set for hearing on Friday, May 31, 2019 before Honorable Elizabeth A. Engolio. I have received the discovery responses and this motion is now moot.

                    Sincerely,

                    IAN A. MACDONALD

IAM\jbc
cc:    Brian M. Caubarreaux
       Hon. Elizabeth A. Engolio

{L0528725.1}



**JONES WALKER**

Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

May 22, 2019

Hon. Lanell Swindler Landry
Pointe Coupee Parish Clerk of Court
P. O. Box 86
New Roads, LA 70760-0086

     Re:    Zachary Couvillion vs.
            Darrin Bennett, et al
            Docket No.:  48967-D
            Our File No.:  172394-00

Dear Sir/Madam:

    Enclosed are an original one copy of each Notice of Record Depositions, Subpoenas Duces Tecum and Affidavits in this matter.  Please file the original in the record, make the appropriate service as indicated therein and return the copy to me stamped filed for my records.  Also enclosed is our firm's check in the amount of $1,850 to cover the cost of filing and serving this document.

    Should you have any questions, please do not hesitate to contact me.

    Sincerely,

    IAN A. MACDONALD

IAM\ell
Enclosures
cc:    Brian M. Caubarreaux (Certified Mail RRR – 7007 0710 0004 8702 9350)

{L0529271.1}

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

DOCKET NO.: 48967-D

POINTE COUPEE PARISH, LOUISIANA

**************************************************************

**NOTICE OF <u>RECORDS</u> DEPOSITION**



TO:    Mr. Brian M. Caubarreaux
       Brian Caubarreaux and Associates
       144 West Tunica Drive
       P. O. Box 129
       Marksville, LA 71351

PLEASE TAKE NOTICE that Progressive County Mutual Insurance Company

("Progressive") will take the testimony, **<u>for record purposes only</u>**, of the following person at the

office of Ian A. Macdonald of the law office of Jones Walker, 600 Jefferson Street, Suite 1600,

Lafayette, Louisiana, (telephone: 337-593-7600), beginning on the date and time indicated below,

and continuing thereafter from day to day until the taking of said deposition may be adjourned, at

which time and place you are notified to appear and take such part in the examination as you may

deem fit and proper.

| DEPONENTS: | DATE and TIME: |
|---|---|
| **Acadian Ambulance**<br>**Medical Records Custodian** | **June 24, 2019 at 9:00 am** |
| **Opelousas General Health System**<br>**Medical Records Custodian** | **June 24, 2019 at 9:30 am** |
| **OGH Imaging**<br>**Medical Records Custodian** | **June 24, 2019 at 10:00 am** |
| **Lafayette Bone & Joint Clinic**<br>**Medical Records Custodian** | **June 24, 2019 at 10:30 am** |
| **Moreau Physical Therapy**<br>**Medical Records Custodian** | **June 24, 2019 at 11:00 am** |
| **Avoyelles Hospital**<br>**Medical Records Custodian** | **June 24, 2019 at 11:30 am** |
| **Dr. Bryan McCann**<br>**Dr. Darron McCann**<br>**Medical Records Custodian** | **June 24, 2019 at 12:00 pm** |
| **Lafayette Surgical Specialty Hospital**<br>**Medical Records Custodian** | **June 24, 2019 at 12:30 pm** |
| **Dr. George Raymond Williams**<br>**Medical Records Custodian** | **June 24, 2019 at 1:00 pm** |
| **The Therapy Center**<br>**Medical Records Custodian** | **June 24, 2019 at 1:30 pm** |

| | |
|---|---|
| **Avoyelles Open MRI**<br>**Medical Records Custodian** | **June 24, 2019 at 2:00 pm** |
| **Dr. Jacob Gauthier, DDS**<br>**Medical Records Custodian** | **June 24, 2019 at 2:30 pm** |
| **Rapides Regional Medical Center**<br>**Medical Records Custodian** | **June 24, 2019 at 3:00 pm** |
| **Ken's Thrifty Way Pharmacy**<br>**Medical Records Custodian** | **June 24, 2019 at 3:30 pm** |
| **Jagneaux's Thrifty Way**<br>**Medical Records Custodian** | **June 24, 2019 at 4:00 pm** |
| **Don's Pharmasave**<br>**Medical Records Custodian** | **June 24, 2019 at 4:30 pm** |
| **Walgreens Pharmacy**<br>**Medical Records Custodian** | **June 24, 2019 at 5:00 pm** |
| **USI Industrial Services, Inc.**<br>**Human Resources** | **June 24, 2019 at 5:30 pm** |

*NOTE:  This is for records only.  If the records are received prior to the deposition date, no formal deposition will be taken.*

Respectfully submitted,

JONES WALKER LLP

BY: _____
    IAN A. MACDONALD (#17664)
    P. O. Drawer 3408
    Lafayette, Louisiana 70502
    (337) 593-7600

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____ day of May, 2019.

_____
    IAN A. MACDONALD

ZACHARY COUVILLION                          18TH JUDICIAL DISTRICT COURT

VERSUS                                      DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                    POINTE COUPEE PARISH, LOUISIANA

**************************************************************************

## SUBPOENA DUCES TECUM

TO:   **Acadian Ambulance**
      **Medical Records Custodian**
      **2916 N. University Ave., Bldg. G**
      **Lafayette, LA 70507**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **9:00 a.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                        _____
                                        DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                18TH JUDICIAL DISTRICT COURT

VERSUS                            DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY          POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUBPOENA DUCES TECUM

TO:  **Opelousas General Health System**
     **Medical Records Custodian**
     **539 E. Prudhomme St.**
     **Opelousas, LA 70570**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **9:30 a.m.**, THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films**, doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

_____
                                  DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION               18TH JUDICIAL DISTRICT COURT

VERSUS                               DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY      POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUBPOENA DUCES TECUM

TO:   **OGH Imaging**
      **Medical Records Custodian**
      **1341 South Service Rd, I-49**
      **Grand Couteau, LA 70541**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **10:00 a.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion,** and any and all
> information available on file at any given time.

     **THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                    _____
                                    DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

DOCKET NO.: 48967-D

POINTE COUPEE PARISH, LOUISIANA

*******************************************************************

### SUBPOENA DUCES TECUM

TO:  **Lafayette Bone & Joint Clinic**
**Medical Records Custodian**
**1103 Kaliste Saloom Rd., #100**
**Lafayette, LA 70508**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **10:30 a.m.,** THE FOLLOWING DOCUMENTS:

A certified copy of any and all **medical** records relating to
**Zachary Francis Couvillion, DOB: 10/06/1989; SSN:
xxx-xx-7042,** including but not limited to, employment,
physical or other medical information, any medical records,
**x-ray and diagnostic films,** doctor's reports, progress notes,
hospital records, emergency room records, office notes,
therapist's notes and/or reports, charts, diagrams, nurse's
notes, questionnaires, x-ray reports, lab reports, EMGs,
nerve conduction studies, venograms, epidurals,
cardiovascular studies, central nervous system studies,
biopsies, chemical studies, drug tests, psychiatric
evaluations, consultation reports, results of diagnostic
testing, medical bills, correspondence, or any records of any
nature or kind whatsoever, notes (typewritten, handwritten,
or otherwise), and any and all information or documentation
of any nature pertaining to the examination and/or treatment
on any date of **Zachary Francis Couvillion,** and any and all
information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

_____
DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

***NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.***

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                         18TH JUDICIAL DISTRICT COURT

VERSUS                                     DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                   POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

### SUBPOENA DUCES TECUM

TO:  **Moreau Physical Therapy**
     **Medical Records Custodian**
     **4027 I-49 South Service Rd.**
     **Opelousas, LA 70570**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **11:00 a.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                          _____
                                          DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only.  If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION             18TH JUDICIAL DISTRICT COURT

VERSUS                          DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY     POINTE COUPEE PARISH, LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<div align="center">

**SUBPOENA DUCES TECUM**

</div>

TO:    **Avoyelles Hospital**
       **Medical Records Custodian**
       **4321 LA-1192**
       **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON OR BEFORE **JUNE 24, 2019** AT **11:30 a.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to **Zachary Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042,** including but not limited to, employment, physical or other medical information, any medical records, **x-ray and diagnostic films**, doctor's reports, progress notes, hospital records, emergency room records, office notes, therapist's notes and/or reports, charts, diagrams, nurse's notes, questionnaires, x-ray reports, lab reports, EMGs, nerve conduction studies, venograms, epidurals, cardiovascular studies, central nervous system studies, biopsies, chemical studies, drug tests, psychiatric evaluations, consultation reports, results of diagnostic testing, medical bills, correspondence, or any records of any nature or kind whatsoever, notes (typewritten, handwritten, or otherwise), and any and all information or documentation of any nature pertaining to the examination and/or treatment on any date of **Zachary Francis Couvillion**, and any and all information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court, whom by hand and seal of office at New Roads, Louisiana, on this _____ day of _____, 2019.

                                           _____
                                           DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

***NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above address prior to the deposition date, no formal deposition will be taken.***

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINTE COUPEE PARISH, LOUISIANA

*********************************************************************************

### SUBPOENA DUCES TECUM

TO:  **Dr. Bryann McCann/Dr. Darron McCann**
     **Medical Records Custodian**
     **424 N. Washington St.**
     **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **12:00 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films**, doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                        _____
                                        DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only.  If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION    18TH JUDICIAL DISTRICT COURT

VERSUS        DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY  POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

**SUBPOENA DUCES TECUM**

TO: **Lafayette Surgical Specialty Hospital**
  **Medical Records Custodian**
  **1101 Kaliste Saloom Rd.**
  **Lafayette, LA 70508**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **12:30 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to **Zachary Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042,** including but not limited to, employment, physical or other medical information, any medical records, **x-ray and diagnostic films,** doctor's reports, progress notes, hospital records, emergency room records, office notes, therapist's notes and/or reports, charts, diagrams, nurse's notes, questionnaires, x-ray reports, lab reports, EMGs, nerve conduction studies, venograms, epidurals, cardiovascular studies, central nervous system studies, biopsies, chemical studies, drug tests, psychiatric evaluations, consultation reports, results of diagnostic testing, medical bills, correspondence, or any records of any nature or kind whatsoever, notes (typewritten, handwritten, or otherwise), and any and all information or documentation of any nature pertaining to the examination and/or treatment on any date of **Zachary Francis Couvillion,** and any and all information available on file at any given time.

   **THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

   Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

           _____
           DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                            18ᵀᴴ JUDICIAL DISTRICT COURT

VERSUS                                         DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINTE COUPEE PARISH, LOUISIANA

**********************************************************************

### SUBPOENA DUCES TECUM

TO:     **Dr. George Raymond Williams**
        **Medical Records Custodian**
        **1233 Wayne Gilmore Circle**
        **Opelousas, LA 70570**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **1:00 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion,** and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                        _____
                                        DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINTE COUPEE PARISH, LOUISIANA

*******************************************************************************

### SUBPOENA DUCES TECUM

TO:   **The Therapy Center**
      **Medical Records Custodian**
      **1506 I-49 N. Service Rd.**
      **Grand Coteau, LA 70541**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **1:30 p.m.**, THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042**, including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films**, doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                      _____
                                      DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION          18TH JUDICIAL DISTRICT COURT

VERSUS          DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY          POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUBPOENA DUCES TECUM**

TO:     **Avoyelles Open MRI**
        **Medical Records Custodian**
        **319 Center St.**
        **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **2:00 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to **Zachary Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042,** including but not limited to, employment, physical or other medical information, any medical records, **x-ray and diagnostic films,** doctor's reports, progress notes, hospital records, emergency room records, office notes, therapist's notes and/or reports, charts, diagrams, nurse's notes, questionnaires, x-ray reports, lab reports, EMGs, nerve conduction studies, venograms, epidurals, cardiovascular studies, central nervous system studies, biopsies, chemical studies, drug tests, psychiatric evaluations, consultation reports, results of diagnostic testing, medical bills, correspondence, or any records of any nature or kind whatsoever, notes (typewritten, handwritten, or otherwise), and any and all information or documentation of any nature pertaining to the examination and/or treatment on any date of **Zachary Francis Couvillion,** and any and all information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                  _____

                                  DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                        18TH JUDICIAL DISTRICT COURT

VERSUS                                    DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                  POINTE COUPEE PARISH, LOUISIANA

*****************************************************************************

### SUBPOENA DUCES TECUM

TO:   **Dr. Jacob Gauthier, DDS**
      **Medical Records Custodian**
      **238 Tunica Dr. W**
      **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **2:30 p.m.**, THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042**, including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films**, doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                          _____
                                          DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

| | |
|---|---|
| ZACHARY COUVILLION | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.: 48967-D |
| DARRIN BENNETT, ANTONIO CAR & TRUCK MODIFICATION, LLC AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | POINTE COUPEE PARISH, LOUISIANA |

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                              DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY      POINTE COUPEE PARISH, LOUISIANA

*************************************************************************

### SUBPOENA DUCES TECUM

TO:   **Rapides Regional Medical Center**
      **Medical Records Custodian**
      **211 4th St.**
      **Alexandria, LA 71301**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **3:00 p.m.**, THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to **Zachary Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042**, including but not limited to, employment, physical or other medical information, any medical records, **x-ray and diagnostic films**, doctor's reports, progress notes, hospital records, emergency room records, office notes, therapist's notes and/or reports, charts, diagrams, nurse's notes, questionnaires, x-ray reports, lab reports, EMGs, nerve conduction studies, venograms, epidurals, cardiovascular studies, central nervous system studies, biopsies, chemical studies, drug tests, psychiatric evaluations, consultation reports, results of diagnostic testing, medical bills, correspondence, or any records of any nature or kind whatsoever, notes (typewritten, handwritten, or otherwise), and any and all information or documentation of any nature pertaining to the examination and/or treatment on any date of **Zachary Francis Couvillion**, and any and all information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                        _____
                                        DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION     18TH JUDICIAL DISTRICT COURT

VERSUS         DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY   POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUBPOENA DUCES TECUM**

TO: **Ken's Thrifty Way Pharmacy**
   **Medical Records Custodian**
   **517 E Prudhomme St.**
   **Opelousas, LA 70570**

   YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **3:30 p.m.**, THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion**, and any and all
> information available on file at any given time.

   **THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

   Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                _____
                DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                          18TH JUDICIAL DISTRICT COURT

VERSUS                                      DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                    POINTE COUPEE PARISH, LOUISIANA

*************************************************************************
### SUBPOENA DUCES TECUM

TO:  **Jagneaux's Thrifty Way**
     **Medical Records Custodian**
     **17695 US-190**
     **Port Barre, LA 70577**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **4:00 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion,** and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                        _____
                                        DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

***NOTE: This is for records only.  If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.***

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY             POINTE COUPEE PARISH, LOUISIANA

********************************************************************************
### SUBPOENA DUCES TECUM

TO:   **Don's Pharmasave**
      **Medical Records Custodian**
      **134 La Rue Medecine St.**
      **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **4:30 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to
> **Zachary Francis Couvillion, DOB: 10/06/1989; SSN:**
> **xxx-xx-7042,** including but not limited to, employment,
> physical or other medical information, any medical records,
> **x-ray and diagnostic films,** doctor's reports, progress notes,
> hospital records, emergency room records, office notes,
> therapist's notes and/or reports, charts, diagrams, nurse's
> notes, questionnaires, x-ray reports, lab reports, EMGs,
> nerve conduction studies, venograms, epidurals,
> cardiovascular studies, central nervous system studies,
> biopsies, chemical studies, drug tests, psychiatric
> evaluations, consultation reports, results of diagnostic
> testing, medical bills, correspondence, or any records of any
> nature or kind whatsoever, notes (typewritten, handwritten,
> or otherwise), and any and all information or documentation
> of any nature pertaining to the examination and/or treatment
> on any date of **Zachary Francis Couvillion,** and any and all
> information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

                                    _____
                                    DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

ZACHARY COUVILLION                      18TH JUDICIAL DISTRICT COURT

VERSUS                                  DOCKET NO.: 48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY                POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUBPOENA DUCES TECUM

TO:   **Walgreens Pharmacy**
      **Medical Records Custodian**
      **Through its registered agent**
      **Corporation Service Company**
      **501 Louisiana Ave.**
      **Baton Rouge, LA 70802**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON OR BEFORE **JUNE 24, 2019** AT **5:00 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all **medical** records relating to **Zachary Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042,** including but not limited to, employment, physical or other medical information, any medical records, **x-ray and diagnostic films,** doctor's reports, progress notes, hospital records, emergency room records, office notes, therapist's notes and/or reports, charts, diagrams, nurse's notes, questionnaires, x-ray reports, lab reports, EMGs, nerve conduction studies, venograms, epidurals, cardiovascular studies, central nervous system studies, biopsies, chemical studies, drug tests, psychiatric evaluations, consultation reports, results of diagnostic testing, medical bills, correspondence, or any records of any nature or kind whatsoever, notes (typewritten, handwritten, or otherwise), and any and all information or documentation of any nature pertaining to the examination and/or treatment on any date of **Zachary Francis Couvillion,** and any and all information available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court, whom by hand and seal of office at New Roads, Louisiana, on this _____ day of _____, 2019.

_____
DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only. If the records are forwarded to Ian A. Macdonald at the above address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

{L0529270.1}

ZACHARY COUVILLION

VERSUS

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY

18TH JUDICIAL DISTRICT COURT

DOCKET NO.: 48967-D

POINTE COUPEE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUBPOENA DUCES TECUM

TO:   **USI Industrial Services, Inc.**
      **Human Resources**
      **4266 Highway 1**
      **Marksville, LA 71351**

YOU ARE HEREBY COMMANDED TO PRODUCE AT THE OFFICE OF JONES

WALKER, 600 JEFFERSON STREET, SUITE 1600, LAFAYETTE, LOUISIANA 70501, ON

OR BEFORE **JUNE 24, 2019** AT **5:30 p.m.,** THE FOLLOWING DOCUMENTS:

> A certified copy of any and all records relating **Zachary
> Francis Couvillion, DOB: 10/06/1989; SSN: xxx-xx-7042**,
> including but not limited to, personnel records, employment
> records, wage earnings records or any records of any nature
> or kind whatsoever, notes (typewritten, handwritten, or
> otherwise), and any and all information or documentation of
> any nature pertaining to the employment on any date of
> **Zachary Francis Couvillion**, and any and all information
> available on file at any given time.

**THE SUBPOENA SHALL BE SUBJECT TO PERPETUAL UPDATES UNTIL THE
TRIAL IN THIS MATTER, ON ALL ISSUES, IS COMPLETED IN ITS ENTIRETY.**

Witness the Honorable Lanell Swindler Landry, Clerk of the 18th Judicial District Court,

whom by hand and seal of office at New Roads, Louisiana, on this _____ day of

_____, 2019.

_____
DEPUTY CLERK OF COURT

Prepared by Ian A. Macdonald, Attorney at Law
600 Jefferson Street, Suite 1600
Post Office Drawer 3408
Lafayette, Louisiana 70502
Phone: (337) 593-7600 Fax: (337) 593-7601

*NOTE: This is for records only.  If the records are forwarded to Ian A. Macdonald at the above
address prior to the deposition date, no formal deposition will be taken.*

**PLEASE AFFIX AFFIDAVIT TO SUBPOENA.**

ZACHARY COUVILLION                    18TH JUDICIAL DISTRICT COURT

VERSUS                                DOCKET NO.:  48967-D

DARRIN BENNETT, ANTONIO CAR &
TRUCK MODIFICATION, LLC AND
PROGRESSIVE COUNTY
MUTUAL INSURANCE COMPANY              POINTE COUPEE PARISH, LOUISIANA

*****************************************************************************

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

BEFORE ME, the undersigned Notary Public, personally came and appeared IAN A. MACDONALD, who after being duly sworn, did depose and state:

He is counsel of record for defendant in the referenced litigation and that the attached subpoena is for records of a party to the captioned litigation.  Pursuant to R.S. 13:3715.1 (B), a copy of the subpoena has been sent by certified mail, return receipt requested, to the plaintiff's attorney of record at least seven (7) days prior to the date on which the records are to be disclosed. The foregoing is based upon personal information and knowledge.

_____
IAN A. MACDONALD

SWORN TO AND SUBSCRIBED before me, this _____ day of May, 2019.

_____
**NOTARY PUBLIC** in and for
the Parish of Lafayette, State of Louisiana
Printed Name and ID #:_____
My Commission Expires: at Death, La. Notary #

OFFICIAL SEAL
ASHLEY R. HOFFPAUIR
NOTARY ID # 154597
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE

{L0529270.1}