UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ZACHARY COUVILLION                                CIVIL ACTION

VERSUS

PROGRESSIVE COUNTY MUTUAL          NO.: 19-000466-BAJ-EWD
INSURANCE COMPNAY, ET AL.

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 24)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Motion for Leave of Court to File Amended Complaint (Doc. 22) and the Motion to Remand (Doc. 23) filed by Plaintiff Zachary Couvillion. The Magistrate Judge recommended that the Court grant both motions and remand the matter to the 18th Judicial District Court for the Parish of Pointe Coupee because complete diversity between the parties no longer exists. (Doc. 24 at p. 6).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Jury

Certified Copy Mailed to 18th JDC

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 24)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Leave to File Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is remanded to the 18th Judicial District Court for the Parish of Pointe Coupee.

Baton Rouge, Louisiana, this 20th day of April, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**